UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY THEIDON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, et. al.,<br><br>　　Defendants. | CIVIL ACTION NO. 1:15-cv-10809-LTS<br><br>**ORAL ARGUMENT REQUESTED** |

## HARVARD'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant President and Fellows of Harvard College, also known as Harvard University ("Harvard"), moves for summary judgment on all counts of plaintiff's complaint. As grounds for its motion, Harvard refers to the accompanying Memorandum of Law in support of this motion. As set forth in detail in the memorandum, plaintiff's claims are wholly without any legal or factual merit. Harvard President Drew Gilpin Faust came to the considered academic judgment that Harvard should not grant tenure to plaintiff Kimberly Theidon based solely upon the merits of Theidon's tenure case.

WHEREFORE, Harvard respectfully requests that this Court grant its Motion for Summary Judgment and dismiss plaintiff's complaint with prejudice.

### REQUEST FOR ORAL ARGUMENT

Harvard requests oral argument.

B4731995.1

Respectfully submitted by,

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE
By its attorneys,

/s/ *Martin F. Murphy*
Martin F. Murphy, BBO 363250
Jennifer A. Kirby, BBO 678885
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
617-832-1000
mmurphy@foleyhoag.com
jkirby@foleyhoag.com

DATED: August 31, 2017

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that we, Harvard's counsel, have conferred with counsel for plaintiff in a good faith attempt to narrow or resolve the issues presented in this motion.

*/s/ Jennifer A. Kirby*
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 31st day of August 2017.

*/s/ Jennifer A. Kirby*
Attorney for Defendant

B4731995.1