UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY THEIDON,<br><br>   Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, et. al.,<br><br>   Defendants. | CIVIL ACTION NO. 1:15-cv-10809-LTS<br><br>**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER** |

## HAVARD'S STATEMENT OF MATERIAL UNDISPUTED FACTS

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE
By its attorneys,

/s/  *Martin F. Murphy*
Martin F. Murphy, BBO 363250
Jennifer A. Kirby, BBO 678885
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210-2600
617-832-1000
mmurphy@foleyhoag.com
jkirby@foleyhoag.com

DATED: August 31, 2017

B4733822.1

**CERTIFICATE OF SERVICE**

       I hereby certify that the full version of this document filed under seal will be sent by first class mail and electronically to Plaintiff's counsel at the addresses below on the 31st day of August 2017. I hereby certify that this redacted document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 31st day of August 2017.

                                */s/ Jennifer A. Kirby*
                                Attorney for Defendant

<u>Counsel for Plaintiff</u>

Elizabeth A. Rodgers
Philip J. Gordon
Gordon Law Group, LLP
111 Devonshire Street
Boston, MA 02109
erodgers@gordonllp.com
pgordon@gordonllp.com

Linda M. Correia
Correia & Puth, PLLC
1775 K Street, NW, Suite 600
Washington, D.C. 20006
lcorreia@correiaputh.com