# Exhibit 63

to Statement of Material Undisputed Facts

Sexual Assault at Harvard | Magazine | The Harvard Crimson



# Sexual Assault at Harvard

By REINA A.E. GATTUSO and JESSICA C. SALLEY, CRIMSON STAFF WRITERS    March 7, 2013

 10

"I want to know what happened in that room when they were making a decision that changed my entire life."

Julie, an undergraduate, says she will never understand why the Administrative Board decided in its closed deliberations in the Forum Room on the third floor of Lamont Library to allow the student who sexually assaulted her to remain on campus.

Julie, who has been granted anonymity by The Crimson because she fears retaliation from her perpetrator, initially felt optimistic about the College's response to her sexual assault. After reporting the rape, Julie felt encouraged by the responses of Harvard University Police Department and the Office of Sexual Assault Prevention and Response. Assured that there was significant evidence to build a case against the perpetrator, Julie took her case to the Ad Board.

In light of this, she said, the Ad Board's ultimate decision not to require the perpetrator to withdraw was particularly disheartening.



MANDI NYAMBI

The Untold Story of Sexual Assault at Harvard

KT - 0003194

Paola, another College student who was sexually assaulted on campus, also found OSAPR to be a helpful resource. Yet she expresses deep disappointment with the way that administrators respond to students coming forward with experiences of sexual assault. "They question the event so much and ask if you were in the wrong so many times that, after a while, one begins questioning if it even happened," she writes in an email to The Crimson. Paola, who has been granted anonymity by The Crimson to protect her privacy, decided not to pursue her case with the Ad Board in part because she knew the perpetrator.

For a growing number of students on campus, stories like Julie's and Paola's highlight what they describe as a disparity between Harvard's many resources for the victims of sexual assault and the policies that govern the ways in which incidents of sexual assault are investigated and adjudicated. These critics, who include sexual assault survivors and campus activists, say that the Ad Board's written policy language is not favorable to victims of sexual assault, and that the Ad Board's lack of transparency about its processes intimidates students who bring their cases before the Board.

Harvard is currently conducting an ongoing review of its sexual assault policies across its various schools and has recently hired its first ever University-wide Title IX coordinator, who begins work this month. Still, some students feel that these efforts are not enough. They say that changes in the way administrators handle cases of sexual assault at the College level are progressing too slowly, and are not sufficiently responsive to student concerns.

## It Happens Here

Several nights a month, Julia F.P. Ostmann '15 staffs an anonymous desk in Lowell or stays by the phone from 8 p.m. to 8 a.m.. Ostmann is a Response Peer Counselor, and she spends her late nights waiting for fellow students to contact her with their concerns about relationship problems, intimate partner violence, harassment, and sexual assault.

Despite increasing national and campus conversation about sexual assault, Ostmann says there remains the perception among some students that sexual violence is not a problem on Harvard's campus.

"There's this rhetoric that, 'We're the best and the brightest. How could someone here do this to another human being?'" says Ostmann, who is a Crimson magazine comper. Yet, she continues, sexual assault "is one of the major issues that we handle at Response."

In 2011 alone, 26 Harvard students reported a rape or indecent assault to HUPD, OSAPR, or Harvard University Health Services, according to statistics published under the Clery Act, which requires colleges and universities to disclose information about crime on their campuses. And 85 to 95 students—60 to 70 percent of them undergraduates, the rest graduate students—worked with OSAPR to confidentially discuss experiences of sexual misconduct, ranging from harassment and stalking to dating violence and rape, according to Sarah Rankin, the director of OSAPR.

Harvard is not alone. According to a report released by the National Institute of Justice in 2011, between 20 and 25 percent of women, and approximately 6.1 percent of men are victims of an attempted or completed sexual assault while they are in college.

KT - 0003195

Members of Harvard's prevention community say that, even with current discussions about sexual assault, there remains a persistent attitude that rape doesn't—and can't—occur at Harvard.

From 2005 to 2010, eight cases of sexual misconduct went in front of the Ad Board. As a result of these investigations, three perpetrators were required to withdraw from the College, meaning they were asked to leave the College for a period of at least six months. The Handbook of Students stipulates that "a student who commits rape, sexual assault, or other sexual misconduct is subject to severe penalties." However, no students received a "recommendation to dismiss," the Ad Board term for permanent expulsion, for sexual misconduct during this period.

"In the last few months, there's been a lot of talk about sexual assault on campus, both in publications and in referendums. But a lot of people still don't understand the extent or severity of exactly what's going on on campus," says Jonathan K. Stevens '14, a member of the Consent Assault Awareness & Relationship Educators (CAARE), an OSAPR-sponsored student group that that works to educate Harvard students about domestic and sexual violence. "Nothing in the Harvard selection process selects out the kind of issues that we have to deal with when we talk about sexual assault," Stevens says.

## Campaigning for Change

The referendum of which Stevens speaks, a piece of student legislation passed in November, directly challenges the College's current sexual assault policies. The vote on the issue was initiated by Our Harvard Can Do Better, a campus group that advocates for reform of the College's policies and practices regarding sexual assault.

This fall, 3,066 undergraduates—85 percent of those who voted in the Undergraduate Council election—voted to approve the referendum asking Harvard to re-examine its policies related to sexual violence. In December, the Undergraduate Council officially endorsed Our Harvard Can Do Better's platform.

According to Kate Sim '14, a founder of Our Harvard Can Do Better, part of the campaign's mission is to bridge the gap between policy and practice in terms of administrative response to sexual assault at the College.

"Harvard is one of the few colleges with a center like OSAPR," Sim says. "Most colleges don't even have that, so I'm grateful that we have that." But this, she continued, is not adequate. "Having a little bit better system doesn't mean you have the best system."

Particularly, she says, this discrepancy applies when it comes to the College's hesitance in adopting an official standard of affirmative consent. Harvard's current policy defines rape as "any act of sexual intercourse that takes place against a person's will or that is accompanied by physical coercion or the threat of bodily injury," stating that "unwillingness may be expressed verbally or physically." In contrast, an affirmative consent policy defines sexual assault as occurring in the absence of enthusiastic verbally or physically expressed consent.

A number of colleges and universities throughout the country, including the University of Iowa and Antioch College, have official policies of affirmative consent.

KT - 0003196

In addition, the campaign's platform criticizes the current standard of evidence required by the Ad Board, which mandates that Board members must be "sufficiently persuaded" that an incident took place in reaching a verdict about sexual assault or any other case. Many believe this standard of evidence to be unclear and, perhaps, to place the burden of proof disproportionately on the victim.

Instead, many suggest the "preponderance of the evidence" standard, which requires simply that an incident is more likely than not to have occurred.

National discussion about the "preponderance of the evidence" standard came to the fore after the Office for Civil Rights released a "Dear Colleague" letter delineating Title IX expectations for university response to gender discrimination, particularly regarding sexual assault. The letter suggested that colleges and universities adopt the "preponderance of the evidence" standard.

In June 2012, in response to the Office of Civil Rights investigation following a Title IX suit, Yale changed its policies to reflect the "preponderance of the evidence" standard. This legal pressure came in the wake of an incident on Yale's campus in which fraternity brothers chanted "No means yes! Yes means anal!" outside of a dormitory during an initiation event the previous fall.

Yale's decision leaves Harvard and Princeton as the only two Ivy League schools that have not adopted this standard.

For Julie, the wordings of policies are more than just semantics: They have a real impact on how cases like hers are decided by the Ad Board.

Julie felt that there was a lack of clarity in what the "sufficiently persuaded" standard meant. "I thought that they were 'sufficiently persuaded,'" Julie says. From her perspective, it seemed, "Everybody...was not just sufficiently persuaded, but convinced."

Julie says she believes the results of her case represented a fear of action on the part of the institution. "I think it's just that they're scared. I really do think that they are afraid that, if they make the wrong decision...they're going to get all this legal action," she says.

Liz Canner, a filmmaker currently documenting the epidemic of sexual assault on college campuses, also points to fear of legal action as a potential reason why universities in general are hesitant to punish perpetrators.

"There have been lawsuits against schools around sexual assault and how it's handled, not so much from the victim...but it tends to be that it's the perpetrators and the perpetrators' family that take out law suits against the school," she says.

This threat of legal action, says Canner, means that university decisions often favor assailants over victims. "A lot of universities are risk-averse, and because it's perpetrators who are suing, in some ways things are leaning towards the perpetrators," she says.

**Working Towards Reform**

KT - 0003197

After the results of this fall's referendum indicated widespread community support for the changes proposed by Our Harvard Can Do Better, the Office of Student Life established a Sexual Assault Resources Student Working Group at the behest of Dean of Harvard College Evelynn M. Hammonds. But, according to Emelyn dela Pena, Assistant Dean of Harvard College for Student Life and the College's Title IX coordinator, this working group is not a direct result of the referendum.

"What I think we need to know is whether or not students feel that the kind of services they get from OSAPR and the Office of Student Life are sufficient or really address the concerns that students have when sexual assault happens," says Hammonds of her reason for calling the working group.

The group consists of students representing a variety of organizations on campus, including Our Harvard Can Do Better, the Undergraduate Council, the University's new Office of BGLTQ Student Life, fraternities, sororities, and male and female final clubs. Dean Hammonds does not sit on the committee.

According to dela Pena, policy change is outside of the limits of the committee established by Hammonds.

"The policy in place is faculty legislation. The Dean of the College could not alone make changes to the policy; all changes to faculty rules must be voted by the faculty, which would first require a much broader conversation that would certainly involve the new Title IX coordinator and many others," dela Pena writes in an email.

Jeff Neal, spokesperson for the Faculty of Arts and Sciences, writes in an email that policy change is an extensive process. "Changing Harvard's policies around sexual assault would require a broad conversation that would certainly involve the new Title IX coordinator and many others at the College, FAS and the University," he writes. With possible new federal legislation on the horizon and Title IX discussions between the University and the Office of Civil Rights ongoing, he writes, "I think we don't know yet what changes might occur in the future."

Neal writes that the goal of the working group is "to assess the resources that are already available, how we communicate them to students and what additional resources or communications might be needed going forward." Right now, he adds, "It is not clear that students know what resources are available to them or how to access them."

For Sim, however, a focus on resources, while important in highlighting potential inadequacies, is not enough. "If this group is indeed strictly [focused] on the resources, then we haven't sufficiently addressed the problem," she says.

Tara Raghuveer '14, Undergraduate Council president, says that students are concerned with policy. "We've heard from multiple people that there needs to be a discussion of policy in this working group, and thus far it's only been about resources, and the agenda hasn't been set by the students involved at all," she says.

According to dela Pena, it is the responsibility of student representatives to reach out to their communities to solicit concerns. "We have not dictated how this needs to happen," writes dela Pena.

KT - 0003198

"With that said, members of these organizations may also independently contact their representatives to forward ideas or concerns to the Working Group."

Yet, says Raghuveer, the mission of the working group limits the scope of what actions students may request. "I strongly believe that if students feel that they need to be talking about policy and the potential for policy reform, that discussion needs to be engaged, and we will definitely be working towards that in the future," she says.

The students in the working group contacted for this article all expressed that they had been forbidden from discussing certain aspects of the working group.

According to dela Pena, this policy is in place "in order to protect the integrity of the working group process."

But for Sean M. Khosravi '13, a student member of the Sexual Assault Resources Student Working Group representing campus fraternities, this requirement for confidentiality is unsettling. "People were like, 'We can't tell anyone? This is not at all what we asked for.'"

Khosravi worries that the current working group is structured to appease student concern, rather than address it. "I had a lot of high hopes," Khosravi says of his thoughts going into the working group. "And then I show up to the meeting and I was like, 'wow, I'm just a show right now, the administration is trying to use me as a show.'"

According to Raghuveer, student action to call for specific policy reform is complicated by administrative response. "Our actions are limited by the fact that Dean Hammonds immediately responded with this working group," she says.

Khosravi feels that this group's approach feeds into a pattern of inattention towards this issue on campus. When it comes to sexual assault, he says, "I think the term that would most describe the administration is negligent." Surrounding the issue of sexual assault on campus, he claims that "the administration obviously wants to keep it quiet."

### The Politics of Prevention

While perpetrators and victims of sexual assault can be of any gender, the vast majority—nine out of every 10, according to anti-sexual violence organization Rape, Abuse and Incest National Network—of rapes that occur in the United States involve a female victim and a male perpetrator.

These statistics signify that conversations about sexual assault necessarily entail consideration of gender dynamics.

Schuyler H. Daum '12, who was a member of the OSAPR Student Alliance, now CAARE, while she was a student, found herself drawn to the group initially because of her frustration with gender issues on campus.

"One of the things that I found especially jarring at Harvard was the dichotomy between the capability

KT - 0003199

and the independence of a lot of my friends, but then this sort of disconnect between advocating for yourself in the classroom and advocating for yourself in relationships," Daum says.

While Harvard women are taught to be aggressive in the workplace or the classroom, she suggests, in many cases they are hesitant to assert clearly what they want in social situations. "It's something that women are taught not to do because we want people to like us," Daum says.

For Daum, this fear of advocating for oneself, coupled with the fact that sexual interactions on campus often involve alcohol, creates blurred lines of communication even in consensual relationships. "As a result, that hides or camouflages the behavior of genuinely predatory people," she says.

Daum's critique evokes a broader discussion about the connection between sexual assault and male-dominated social spaces.

Referencing sociological research, Canner says, "There's a direct correlation between competitive all-male institutions—sports teams, frats, that kind of thing—and sexual assault." In the course of making her film, Canner spent a semester documenting a course at Dartmouth examining campus norms surrounding sexual violence.

"Men in those kinds of organizations are more likely to engage in these kinds of behaviors," Canner claims. "That's because these kinds of institutions support a certain kind of misogynistic behavior."

These dynamics, says Canner, are apparent in social spaces on campus. "Looking at the spaces where social life is taking place, where the party is taking place," she says. "How does space play into it, or control of social space? Are we getting free alcohol? What's the unspoken economic agreement when we're getting free alcohol and party spaces?"

Whether fair or not, at Harvard, the discussion about male-dominated party spaces tends to focus on men's final clubs, unrecognized social groups with off-campus real estate known for hosting parties.

"My attack happened in a final club," writes Paola, the student who was sexually assaulted by an acquaintance whom she describes as "just disgustingly drunk" at the time. "I spoke to friends and I found out he had attacked or been a little too forward with other women as well."

Jack J. Holuba '13, a final club member and a member of Harvard Men Against Rape, acknowledges the potential dangers—and the resulting necessity for intervention—of male-dominated party spaces.

"Most assaults are hetero, male with female, usually in a male-dominated space, frats, whatever it may be," Holuba says. "So it is important to keep everyone, I don't want to say on their toes, but just aware of what's important in our social space."

Prevention groups on campus are attempting to address the safety risks that can result from these kinds of atmospheres. On an invitation basis, OSAPR conducts trainings with social groups—both recognized and unrecognized, including fraternities and final clubs—regarding sexual assault prevention.

To Khosravi and other men at HMAR, the mission of male-targeted prevention is to reach out to those

KT - 0003200

men who are not perpetrators, but who may be complacent.

"19 out of 20 men will never commit an assault," he says. "It's only five percent of men who are doing these things. The vast majority of men are not. For those of us who are not, it's not enough to say we're not doing anything."

Kevin Murt '14, a fellow HMAR member, agreed. "Silence is not appropriate," he says. "A community that is silent is allowing or enabling something as awful as this to persist."

Dela Pena emphasizes the necessity of cultural change, pointing out the pitfalls of a student approach that just focuses on policy. "I know that there are people on this campus who are hungry for cultural change, a cultural shift in the way we talk about sexual assault," she says. "And cultural change happens through so many different layers. Just changing the policy—that's not going to bring about cultural change. That needs to come from the ground up."

But many critics say cultural change is not enough to create a safe campus.

**Moving Forward**

Throughout the Ad Board process, Julie says she felt intimidated by the Board's staunch confidentiality policy.

These confidentiality rules, stated on the Ad Board's website, require students "to refrain from discussing the case or any of its details with anyone other than those who have a need to know." In addition, the rules state that "all confidentiality obligations remain in full force even after the conclusion of any case."

For Julie, who felt that the policy had not been made clear to her, confidentiality restrictions led to a feeling of isolation. "I didn't know what to tell my friends, I didn't know what to tell anybody," she says. "So one of the things they could do is make it even clearer—what does it mean, somebody who 'needs to know'?"

"If I say the wrong thing, someone could discipline me for that," she says. "That doesn't seem right." She continued, "I felt very trapped during the whole Ad Board process."

Even after the case, Julie says, the verdict left her feeling threatened. "What I was concerned about, what I wanted, was to have him not be here," Julie says about her aims in the Ad Board case. "I just wanted to feel safe."

Victims of sexual assault must adjust their own schedules or change their housing if the perpetrator is allowed to remain on campus, and not the other way around, she says—one of the many reasons why she believes that Harvard should be more willing to punish students accused of sexual assault.

"If they're not kicked out, they're given the same rights as you," Julie says. "And that was really shocking."

According to Diane L. Rosenfeld, a lecturer at Harvard Law School, the implications of policies like these extend beyond the rulebook and into students' daily lives.

KT - 0003201

"If women on campus know that a rape survivor has been silenced somehow by the administration or by the school or by just not having a process that has given her any kind of relief, then it's entirely possible that they are not enjoying equal access to educational opportunities because they know that they too could be victimized with no recourse as well," Rosenfeld says.

For Paola, cultural change among the student body does not necessarily equal institutional support.

In light of recent attention surrounding the issue of sexual assault, Paola writes, "Students are talking about it more and being increasingly sensitive about the subject. People are realizing that it happens a lot on campus and they are fighting more visibly to end our rape culture. They are more open to conversations on the matter and are not afraid to stand up for other students who have suffered abuse. I feel in a more supportive atmosphere now than I did my freshman year."

In contrast, she writes that she believes the administration "is still a bit more antiquated and hostile."

Even as students advocate for what is, to many, much-needed culture shift, frustrations remain for those who have already been the victim of a sexual assault.

The worst frustration among these, according to Julie, is the knowledge that she is not the only person on campus to have an experience of this kind. "What hurts me the most is to find out that there are so many cases like mine here."

*This article has been revised to reflect the following correction:*

**CORRECTION: March 7, 2013**

An earlier version of this article incorrectly stated the class year of Jack J. Holuba '13.

MULTI–PAGE VIEW

Tags | CRIME | COLLEGE | SCRUTINY | ON CAMPUS | UNDERGRADUATE COUNCIL | FRONT FEATURE | HIGHLIGHT | FM FRONT FEATURE |

**Want to keep up with breaking news?** Get the latest, straight to your inbox.

MOST READ

1. With Naming Rights on the Table, Harvard Gave Its Price
2. School of Public Health Renamed with $350 Million Gift, Largest in Harvard History
3. CS50 Logs Record-Breaking Enrollment Numbers
4. Fifteen Hottest Freshmen '17: Date Spots
5. Former Anthropology Professor Plans

KT - 0003202

**To Sue University**

**162 Comments**          **The Harvard Crimson**                              ☐ **Login** ▾

Sort by Newest ▾                                         **Share** ☐    **Favorite** ☐

Join the discussion…

**Guest** · 3 months ago

Instead of arguing about statistics and throwing hateful comments back and forth, maybe those who wonder how much rape is actually an issue would find some perspective by reading actual survivors' stories. They can put aside the debate for a moment and just read the experiences of people involved. That grounds the issue in actual experiences, actual situations, so that we avoid getting wrapped up in emotional debates over generalities. Listen to what actual victims say before you judge what must have happened.

The OSAPR puts out a publication called Saturday Night that shares victims' stories and reflections.

Also, maybe you'd like to check out this perspective— I think MRAs could really find common ground with feminists and survivors through seeing this as part of a greater gender issue, not just a "women's issue":

Jackson Katz, http://www.ted.com/talks/jacks...

Love, a fellow student

☐ | ☐  ·  Reply · Share ›

KT - 0003203

Sexual Assault at Harvard | Magazine | The Harvard Crimson

 **pierceharlan** › Guest · 3 months ago

First, I am not an "MRA." But your suggestion is good. The only thing you left out is that feminists would do well to read the actual experiences of persons (men AND women) who've been wrongly accused. Start with the Innocence Project site.

▢ ▎ ▢ · Reply · Share ›

 **Guest** › pierceharlan · 3 months ago

Also, speaking of specific examples, let's look at False Rape Society's post (http://falserapesociety.blogsp... about this PSA on youtube ( https://www.youtube.com/watch?... . Do you think what the guy does in the video, unbuttoning the girl's shirt and telling her to stay quiet without wondering whether she wants it or not, is okay? As in, put aside for the moment whether you think this is a typical case or not– just answer, do you think it's okay for him to do that? Do you think it's okay for the other guy to just watch and not stop him?


Port St. Lucie Police Department - Date Rape PSA

**see more**

▢ ▎ ▢ · Reply · Share ›

 **pierceharlan** › Guest · 2 months ago

Wait, wait, wait. I write Community of the Wrongly Accused, one of the only blogs in America devoted to the wrongly accused. That doesn't mean I don't think rape is a serious problem or that women routinely "lie" about rape.

I write this as one of about 100 people in America who voted for the Ferraro-Mondale ticket because I thought it would be cool to have a woman as vice president, and as someone who is to the left of President Obama (which isn't difficult) on a host of issues. At my Web site, we go to great lengths to make clear our profound concern for rape victims and our strong belief that every rape claim must be taken seriously and never prejudged. Fighting the evils of both rape and of wrongful rape claims is not, and should never be, a zero sum game, and there is no necessity to

KT - 0003204

Sexual Assault at Harvard | Magazine | The Harvard Crimson

trivialize the victimization caused by one in advocating for the victims of the other.

Listen to what I am going to tell you: for many men and boys, our site is among the few outlets available to let them know they are not alone. We

**see more**

☐ | ☐ · Reply · Share ›



**Guest** > pierceharlan · 2 months ago

Wrongful conviction is terrible, and I support people working against wrongful conviction. Nonetheless, I don't see how you can defend that you also seem to be responsible for the False Rape Society blog I referenced earlier. If you truly are concerned about rape victims as well, how can you write or support posts like that?

☐ | ☐ · Reply · Share ›



**pierceharlan** > Guest · 2 months ago

I am not even sure what you were asking me. My record in support of rape victims is solid. I have supported bystander intervention (I do not support Jackson Katz, who once penned a carnival curiosity of a piece advocating that we stop referring to Nafissatou Diallo, who accused Dominique Strauss-Kahn, of rape, as exactly what she was, DSK's "accuser." Katz declared: "Every time someone calls her an 'accuser' they undermine her credibility and bolster his." Katz's rationale for this fantastic epiphany was nothing more than a cavalcade of worn out, politicized incantations, proving once more that it is possible to say nothing with words. Katz's solution to the "problem" he manufactured from whole cloth? "It's simple: refer to the complaining witness in a rape case as 'the victim.'")

I am sorry that you are offended when someone points out that false rape claims are a social pathology. Pretending to care and caring are two different things.

☐ | ☐ · Reply · Share ›



**Guest** > pierceharlan · 3 months ago

Please read this OB/GYN's thoughts:

http://drjengunter.wordpress.c...

Did you read Jackson Katz's talk? Thoughts?

·

KT - 0003205

Sexual Assault at Harvard | Magazine | The Harvard Crimson

⬜ | ⬜ • Reply • Share ›



**politicalanalyst** · 4 months ago

As a Harvard grad interested in women's rights, I don't like seeing any thread brigaded by complete outsiders . Publicity-seeking repeat commenter Pierce Harlan has just posted a link to this thread on reddit.com/r/MensRights with the heading, "Dr. Theidon, stop blaming me for Harvard's decision to deny you tenure." I fail to see any express statement of Dr. Theidon's in that regard here, though he quotes a partial paragraph to imply that there is such a linkage.

I assume that will lead to another rash of commenters from MRA groups such as NWO Slave (a typical Men's Rights Activist - see other comments of his at http://wehuntedthemammoth.com/..., Evil Pundit, radio edit, zimbazumba, librtee_dot_com, and drunicus rex, plus I assume more who did not post under their usual handle. Harlan seems to be trying to get another brigade started. And all to talk about a tangential issue and incidentally derail discussion of the purpose of this article. Anyone who dares to talk about sexual assaults against women in colleges unfortunately is being targeted by these groups, who would much rather we shut up.

1 ⬜ | ⬜ • Reply • Share ›



**Guest** > politicalanalyst · 4 months ago

You and your like-minded commentators would do well to actually respond to the substance of what I said instead of attempting to belittle me with your Harvard name-calling. My point is very narrow and is not some misogynistic, right-wing rant. It's Innocence Project stuff. This really is a tyranny of political correctness here. Your comment is almost as disgraceful as Kimberly's name-calling.

⬜ | ⬜ • Reply • Share ›



**Shelagh Stephen** · 10 months ago

I refer you to the appalling pseudo-science of Susan A. Clancy in The Trauma Myth: The Truth About the Sexual Abuse of Children—and its Aftermath. This is what you can expect from Harvard.

⬜ | ⬜ • Reply • Share ›



**Erin '02** · a year ago

Nothing has changed at Harvard. It was the same when I was there. While I was not a victim, I had friends who were. Nothing is done to change the culture and that is the biggest issue. Harvard needs to work on the product they produce instead of just hiding behind a brand name.

1 ⬜ | ⬜ • Reply • Share ›

KT - 0003206

Sexual Assault at Harvard | Magazine | The Harvard Crimson

 **Disgusted** · a year ago

Why is an academic committee responsible for finding criminal fault? Ever? Rape is a legal matter, regardless of where it occurs, and should be handled through the law enforcement/legal process.

3 ☐ | ☐ · Reply · Share ›

 **Anon** · a year ago

I was sexually assaulted at Harvard ten years ago and treated horribly. I am glad things have started to change. It ruined my life.

2 ☐ | ☐ · Reply · Share ›

 **Girl '13** · 2 years ago

This piece does a disservice to female undergraduates at Harvard by claiming to speak for all of us without actually doing so. I feel protected by OSAPR and I do not want to switch to a "preponderance of evidence" standard. "Innocent until proven guilty" is something that is important to me and probably to others at this university as well. The UC ballot advocated re-examination but did not say anything about switching to that standard or I would not have supported it. Also, can you give it up with the final clubs tirade already??? Implying that girls who go to final clubs are helpless victims of a male conspiracy removes female agency and independence. These are just regular college parties, like the ones found at a gazillion other schools!!!!

9 ☐ | ☐ · Reply · Share ›

 **Uncertain** > Girl '13 · a year ago

The requirement of "preponderance of evidence" is now a federal standard... So you can want "innocent until proven guilty" all you want, but the federal government would fine Harvard or even shut down any victim services (ie OSAPR) until they adhere to the new SOP

1 ☐ | ☐ · Reply · Share ›

 **pierceharlan** > Uncertain · 4 months ago

No court has held that Harvard is required to follow the Dept. of Education's interpretation of the law.

☐ | ☐ · Reply · Share ›

KT - 0003207

Sexual Assault at Harvard | Magazine | The Harvard Crimson



**alum '12** · 2 years ago

This article fails to answer one major question: why on earth would anyone take a criminal matter to the Ad Board? Harvard is in the city of Cambridge. Call the Cambridge Police. 911 immediately after the event, or 617-349-3300 if not an emergency.

10 ☐ | ☐ · Reply · Share ›



**glorrierose** > alum '12 · a year ago

FYI: http://www.hupd.harvard.edu/fa...

QUOTE: What's the difference between the HUPD and the city police, like Cambridge, Boston Police, etc.?

The only difference is jurisdiction. HUPD officers are licensed special State Police officers and deputy sheriffs in both Middlesex and Suffolk Counties. Those powers give them the authority to respond to any crime on our campus and any "breach of the peace" on city streets in Cambridge, Somerville, and Boston. Officers receive the same academy training as officers from Cambridge.

If a crime is committed on campus, I assume that HUPD handles it. Are there any times when the Cambridge or Boston Police would get involved?

With the exception of a couple of crimes, such as a homicide, we have primary jurisdiction over all crimes occurring on our property. However, we maintain a good working relationship with Cambridge Police and the Boston Police and will coordinate with them at times in order to ensure the most appropriate response to maintain a safe and secure environment.

****

1 ☐ | ☐ · Reply · Share ›



**glorrierose** > alum '12 · a year ago

Because campus police have jurisdiction over crimes that happen on campus, that is why. If you call the police they will simply refer your case to campus police. Sorry that you are so ignorant about this -- unfortunately you have a lot of company.

☐ | ☐ · Reply · Share ›



**Kimberly Theidon** · 2 years ago

I suggest readers visit the COTWA website that Pierce Harlan mentions in one of his posts. [whttp://www.cotwa.info] It allows you to see the sort of evidence used by various parties to these debates, and to evaluate for yourself which arguments are most convincing.

3 ☐ | ☐ · Reply · Share ›

KT - 0003208

Sexual Assault at Harvard | Magazine | The Harvard Crimson

 **Destruction** > Kimberly Theidon   ·   2 years ago

There is no reason to give their anti-intellectualism a second thought. They are part of an online hategroup known as the "men's right's movement", which organizes raids on other websites and forums, in an attempt to silence any feminist thought or discussion. There isn't a "group of writers" on that blog, it's one delusional man, filled with hatred for women, who is completely lacking in any semblance of intelligence.

They reached this from a group on reddit, /r/mensrights, where he asked for people to come in and invade this comment section. The votes, and comments do not represent the people who normally read anything on this site.

8 ▢ │ ▢   ·   Reply · Share ›

 Kimberly Theidon > Destruction   ·   2 years ago

Thank you for posting this. The COTWA website is very similar to some of the white supremacist websites on the internet. The tone, the ranting nature of the writing, the bullying (those uppity Others into submission), and the vitriol. And they seem to have no interest in the men who suffer sexual and gender-based violence at the hands (or other appendages) of other men. In their hierarchy of victims, this in a strange omission. Again, thanks for clarifying how the stream of hate landed on this site. Finally, I want to lend a voice of support for the many people — men, women and other genders — who work with great commitment on the Harvard campus to insure that everyone receives equal, respectful and dignified treatment.

8 ▢ │ ▢   ·   Reply · Share ›

 **politicalanalyst** > Kimberly Theidon   ·   4 months ago

True. Harlan is an intelligent man whose failing is narcissism. He brings his hobbyhorse to discussions that have nothing to do with him over and over, like a wind-up puppet. He has zero empathy for women, rape of women, employment of women, Harvard's attempts to control sexual assault, or anything else. He couldn't care less about the issue of this professor's advocacy for Harvard women or the dire results for her. he has no connection to Harvard at all. Speaking as a Harvard grad, I do believe Harvard is trying to change its 400 years of discrimination against women.

▢ │ ▢   ·   Reply · Share ›

 **pierceharlan** > politicalanalyst   ·   3 months ago

I love you, too, politcalanalyst.

**KT - 0003209**

Maybe sometime you will actually read my blog instead of just making assumptions? And perhaps -- dare I even think it? -- you might even do your vaunted Harvard degree honor by, you know, pointing out even a single shred of evidence to support your wild and conclusory musings?

I mean, it would be nice.

☐ | ☐ · Reply · Share ›



**pierceharlan** > Kimberly Theidon · 5 months ago

I have just now seen this comment. Thanks for the hate. If you can't prevail in a debate, trot out the "white supremacist" tag.

It is unfortunate that you don't bother to deal with the substance of any of the assertions we posit. You would do well to school yourself on these issues before further engendering disrepute of genders studies professors. Here is a good primer: http://www.cotwa.info/2012/06/...

1 ☐ | ☐ · Reply · Share ›



**Lel** > pierceharlan · 4 months ago

You sound like you have terrible game and/or no life. Also combative =\= persuasive.

☐ | ☐ · Reply · Share ›



**pierceharlan** > Lel · 3 months ago

Your schoolboy shorthand is scarcely comprehensible. Is that what they teach you at Harvard? To write like a doofus? It's like you're waving a flag, "This one isn't worthy of debate."

Next.

☐ | ☐ · Reply · Share ›



drunicusrex > Kimberly Theidon · 2 years ago

Everyone, that is, excepting heterosexual men, because they are "in most cases" responsible for all of this rampant, epidemic, yet strangely invisible violence and exploitation.
I personally had no idea that the women of Harvard/Radcliffe live in a continual state of rape gang-induced terror, a la post-colonial Africa or Rome after the fall. I had no.idea how terribly oppressed and violated

KT - 0003210

Sexual Assault at Harvard | Magazine | The Harvard Crimson

large swathes of them are - I rather stupidly assumed that after four or five years of study & internships they go.off to assume their birthright at investment banks or consulting firms.

But after learning how hideously oppressed, terrorized, and violated these upper to upper middle class females all are, Im going to go to construction sites, shipyards, foundries, mines, military bases, or any "male-dominated" space to take up a collection for these poor dears. And also, to spread the word amoungst all of these savage, Neanderthal men to stop running around Harvard yard savagely raping, harassing, terrorizing, or "othering" every single Harvard/Radcliffe girl they possibly can.

2 ☐ | ☐ · Reply · Share ›



**Kimberly Theidon** > drunicusrex · 2 years ago

You seem to think there is a class-based dimension to sexual violence — both those who commit the violence ( you imply they are working class males and thus your foray to shipyards, foundries, etc where you assume the men will share your disparaging attitude toward women) , as well as those who report sexual violence (women who assume their "birthright," by which you imply there are wealthy, have a sense of class entitlement, etc). Why do you believe this is a class-based phenomenon? Why are you so quick to cast the problem in those terms? You are in error, regardless of your motivations. You do a grave injustice to the working class men and allegedly wealthy women you stereotype.

3 ☐ | ☐ · Reply · Share ›



**drunicusrex** > Kimberly Theidon · 2 years ago

I fail to see how protecting the rights of the accused, or for supporting the wrongfully convicted, is in any way a "vitriolic" attack upon women - unless we are saying that large numbers of women make false rape accusations, or that they have that right. I am sorry, but I simply don't understand that. Why is asking for equal rights or equal justice so offensive to feminists? Why are they so enraged by the notion that men deserve equal rights as well, or that there are in fact women - not the majority, but a significant percentage - who will mis-use laws meant to.protect them to mistreat, often hideously, men? Why is it anathema for feminists to even entertain that idea?

And OF COURSE there are class and social dimensions to rape. Poor or working class females are FAR more vulnerabl to violence of all sorts than are the (mostly) highly privileged female undergrads at the Ivies.

Upper and middle class females are in fact SIGNIFICANTLY less likely to experience violence of any sort than are men, particularly working class men. One would, in fact, be very hard pressed to find ANY group, throughout human history, that'd LESS likely to experience violence than

KT - 0003211

Sexual Assault at Harvard | Magazine | The Harvard Crimson

~~a 21st century IvyLeague female undergrad. Men who are in prison are~~

**see more**

5 ☐ ☐ | ☐ · Reply · Share ›



**Kimberly Theidon** > drunicusrex · 2 years ago

Re-read your earlier posting. You cast your argument in terms of elite
women ("birthright") and working class men (foundries, factories, etc) as
thought those were the class dynamics fueling sexual violence. I was
questioning how your framed this antagonism.

2 ☐ ☐ | ☐ · Reply · Share ›



**drunicusrex** > Kimberly Theidon · 2 years ago

And I think you are willfully missing the point I am making, which is that
working class men face far greater dangers, daily, than an Ivy League
female faces in her lifetime. She'll also face less risk than her poorer
sisters, but is extremely unlikely to have her life ruined (or ended) by a
false rape accusation.

And please, tell me why it's "hateful" or a "vitriolic attack on women" to
ask that men, even men accused of sexual assault, have the same
presumption of innocence other criminal defendents have.

And why, given so many prominent instances of false allegations, are
feminists so DEAD SET on the notion that they hardly ever occur? Why,
given everything that the Innocence Project has done, is it "hateful" or
"misogynistic" to say that this stuff happens?

Why (class differences or privilege or pricey educations aside, for just a
minute) why oh why is it "hateful" or morally wrong to ask for justice,
FOR EVERYONE?

Just please answer me that. Unless you're only interested in revenge, why
can't BOTH men and women have justice?

4 ☐ ☐ | ☐ · Reply · Share ›



**drunicusrex** > drunicusrex · a year ago

I suppose we have to come to a conclusion both sad & ugly - the reason
that feminists believe that false accusations rarely or never occur is
because they believe, quite strongly, that all men are rapists.

Much as a racist believes all Jews are stingy or crooked, or that all Irish
Americans are drunks, or that all African-American s are violent
criminals, much of mainstream feminist thought sees men, all men
(working class or WASP, white or black, really any heterosexual male) as a
rapist, violent and bestial.

Sad but true. If you look at the words feminists use - "rape culture," "male

KT - 0003212

violence," "patriarchy," "sex as coercion," "gender based violence" - the conclusion is ones in escapable.
Feminists do not believe false accusations exist, because only men are rapists, and ALL men are rapists.

1   |   ·   Reply ·   Share ›



**glorrierose** › drunicusrex   ·   a year ago

Wow. On what planet do you live on? You know diddly squat about feminism.

1   |   ·   Reply ·   Share ›



Kimberly Theidon › drunicusrex   ·   a year ago

Can you please cite the feminists who allegedly state or have stated that "all men are rapists"? If you move beyond a rant to citing the literature, your totalizing statement is untenable.

2   |   ·   Reply ·   Share ›



drunicusrex › Kimberly Theidon   ·   a year ago

Sure. Andrea Dworkin, Catherine MacKinnon, and you.
Your insistence that false accusations never happen is based on your belief that all men are rapists. This is why you don't believe men should have civil rights, if a rape accusation is involved. Dehumanizing and stigmatizing a group, depicting them as less than human, makes it easier to perpetrate injustices against them, which is basically feminism's Playbook.

2   |   ·   Reply ·   Share ›



Gangtok › drunicusrex   ·   4 months ago

Hi, drunicus rex, you're publishing a lie here and that's not a good plan. I challenge you to quote a statement from Professor Theidon which explicitly states that false rape never occurs. Unless you can do so, you are a malicious libeler.

  |   ·   Reply ·   Share ›



Kimberly Theidon › drunicusrex   ·   a year ago

I have published extensively on this and other issues. Please visit my Harvard website, read my work, and find just one line --- just one --- in

KT - 0003213

Sexual Assault at Harvard | Magazine | The Harvard Crimson

which I say "all men are rapists." When you have completed that fruitless search, make a point of reading further. You will see that I have worked with men who are survivors of sexual violence, and for whom I have great compassion. You do all men a disservice with your uninformed ranting on this and other websites.

3 □ ❘ □ · Reply · Share ›

 **drunicusrex** > Kimberly Theidon · a year ago

So then, what are we to understand from your statements saying that false accusations almost never occur, and that studies of masculinity necessarily involve studies of violence? Or that

□ ❘ □ · Reply · Share ›

 **drunicusrex** > drunicusrex · a year ago

Or that fraternities are practically rape clubs?
I admit to not having perused all your scholarly works, but I suspect that finding any statement to the effect that not all men are rapists (nor are they all violent, bestial, etc) would prove fruitless also.

□ ❘ □ · Reply · Share ›

 **Gangtok** > drunicusrex · 4 months ago

I see you're backtracking from your previous libel, that the Professor stated that false accusations never happen. Now you're saying that she states they "almost" never happen. I guess it's a matter of semantics, isn't it, false rape reports are about 2-8% of the population of complaints, the same as false reports of other crimes. Now you're getting close to the truth.

❘ □ · Reply · Share ›

 **Kimberly Theidon** > drunicusrex · a year ago

No. That is why you should read texts prior to critiquing them.

2 □ ❘ □ · Reply · Share ›

 **drunicusrex** > Kimberly Theidon · a year ago

OK, interesting work on Maoist guerillas in Peru, and the brutal counter-insurgency fought by their government.
However, here in the United States we have a far stronger rule of law, one

KT - 0003214

Sexual Assault at Harvard | Magazine | The Harvard Crimson

that (in theory, if not always in practice) provides for some presumption of innocence for the accused, and for the burden of proof to be placed on the prosecution,not the defendant.

Why aren't men allowed that, if the accuser is a woman? If we throw our notions of justice out because we don't always like the result, how are we any better than a totalitarian state, or than an armed mob?

And why is it "hateful" or full of "vitriol" to ask these questions?

Why,again,can't men and women BOTH have justice?

☐ │ ☐ · Reply · Share ›



**Destruction** > Kimberly Theidon · 2 years ago

They have no interest in the plights of men, in fact, I'm one of the people they rejected - a single father, and a combat vet who deals with suicidal thoughts - simply because I let it known that I was a feminist. I received messages telling me to kill myself, that I deserved it for "protecting the global feminist conspiracy", and for being a "gender traitor". They rush at the chance to call any man who dare speak out against them a "mangina" or a "white-knight", as if speaking up against their vitriol is just an attempt at "getting into the pants of women" (they don't see how ironic it is to claim that women are sexist, while devaluing their fellows man's gender, and comparing us to robots unable to stop seeking women's approval)

Mark my words, these people are dangerous ideologues, only interested in their political agendas, and nothing more. While silencing them isn't the answer someone needs to catalog just how dangerous they have become. Much of what they argue could be found in Andre Breivk's manifesto, the one he wrote before going on a killing spree, or any mediocre right wing conservative pundits talk show.

5 ☐ │ ☐ · Reply · Share ›



**Anonymous** · 2 years ago

Your comments section has been invaded by a hate group. These people's opinions are not representative of anyone outside their hate group. I just thought I'd let you know.

14 ☐ │ ☐ · Reply · Share ›



Gangtok > Anonymous · 4 months ago

KT - 0003215

Sexual Assault at Harvard | Magazine | The Harvard Crimson

 These attacks on women who try to help victims of sexual assault are becoming routine. Derailing is one tactic, trying to attack the credentials of the target is another. Here the issue is whether a professor at Harvard's defense of student rape victims led to denial of tenure. But they only want to talk about men. and post so many comments this thhread gets overwhelmed and the true point is lost.

1 ⬜ | ⬜ · Reply · Share ›

 **faggg** > Anonymous · 5 months ago

Translation: I don't want to argue over what I perceive to be incontrovertible facts, but which are, to saner eyes, simply my norms eclipsing reason.

⬜ | ⬜ · Reply · Share ›

 **William Ryan** > Anonymous · 2 years ago

This. I would appreciate some sort of moderation which prevents discussions of community issues being taken over by a bunch of random internet people who are trotting out generic offensive arguments and have no actual knowledge of the situation. Comments by people in the Harvard community who have knowledge of this are useful, this is just making our comments board into an MRA circle jerk.

7 ⬜ | ⬜ · Reply · Share ›

 **pierceharlan** > William Ryan · 4 months ago

Ryan is for censorship. Why am I not surprised.

⬜ | ⬜ · Reply · Share ›

KT - 0003216

Sexual Assault at Harvard | Magazine | The Harvard Crimson

# The Harvard Crimson
*The University Daily since 1873*

Copyright © 2014 The Harvard Crimson, Inc.

PRIVACY POLICY    RIGHTS & PERMISSIONS    CONTACT US    CORRECTIONS    SUBSCRIPTIONS    ARCHIVES    WRITERS

KT - 0003217

**162 Comments**      **The Harvard Crimson**                                     **Login** ⌄

♥ **Recommend**  4        ⬆ **Share**                                                            Sort by Best ⌄


> Join the discussion…


**Anon '15** · 2 years ago

As a victim of sexual assalt at Harvard, I think this article is an insult to our university. After the assault, Harvard very clearly had my best interest in mind - they made efforts above and beyond what I would have ever expected to make sure that I was still able to function successfully as a student here. At no point in time did I feel that the administration questioned my story or delegitimized my reaction.

I was never prouder of Harvard than after reading Angie Epifano's article about Amherst. That situation, horribly mishandled by the administration at great expense to the victim, would never happen here.

OSAPR (which this article agrees is one of the few organizations of its kind in this country) is actively working for a safer campus culture. It is a Harvard-funded, almost completely student-run organization to make sure our campus is safe. OSAPR also provides extensive counseling and help, both anonymous and non-anonymous, to students.

To focus the discussion on the Ad Board treatment of assailants is to miss the point. The student who assaulted me would have done the same regardless of if expulsion was on the table. The conversation about sexual assault should entail changing our current campus culture and taking care of victims, not punishing the perpetrator.

**see more**

43 ⌃  |  ⌄  · Reply · Share ›


**Anon '12** ↱ Anon '15 · 2 years ago

As a survivor of both a physically abusive relationship and--after I worked with OSAPR (a great organization) and my resident dean to minimize potential contact with the person responsible--a rape by the same person despite the precautions taken, I would say this article is far more correct that you allow. I was afraid of the violence of the perpetrator, which is why I chose not to take action against him through the Ad Board process, and after reading these stories it seems that all of my fears were legitimate. Sexual predators should NOT be allowed to remain on Harvard's campus, to earn degrees that may bring them far in life, and to continue their patterns of bad behavior. It is that simple.

The confidentiality restrictions, the lack of communication between the Ad Board and the victim, and the very real chance that the perpetrator of a violent act might seek revenge for having their chances at a Harvard degree ruined or getting a splotch on their resume were

KT - 0003218

all reasons I chose not to seek administrative action, and although I seriously regret allowing someone so dangerous out into the world with nobody but me knowing what he is capable of--which comes with a terrifying sense of responsibility because I know he will probably do the same to someone else and I doubt that I was the first--I simply feel safer knowing that he's had his way with me, got what he wanted, and probably forgotten that I even exist.

see more

42 ∧ | ∨ • Reply • Share ›

 **William Ryan** → Anon '12 • 2 years ago
Look! A worthwhile comment! I'm so glad they had to wade through a sea of MRAs to post it. Please link comments to a school email but keep them anonymous, and only open up discussion to people without one if it's an issue which actually affects people outside Harvard like an Allston expansion or something.

7 ∧ | ∨ • Reply • Share ›

 **MIT Crime Club** → Anon '12 • 2 years ago
*Rape on campus*
The victim can "call the HUPD … to report the incident; … [or] report [it] to a local police department, such as Cambridge."
"HUPD … will request a medical examination at the Beth Israel Deaconess Medical Center Rape Crisis Intervention Program" (35 min trip).
*Rape off campus (e.g., at a final club)*
Call the City.  A detective can take a report in her car or transport you to MGH (12 min trip).  "The [CPD] Sexual Assault Unit … conduct[s] thorough … follow-up investigations."
*Treatment of PTSD*
"Therapy … requires patients … to describe aloud the sequence of events and what they were thinking, feeling, and doing at the time….  Repeated imaginal exposure to the feared … memory diminishes its evocative power." — Richard McNally, Harvard FAS Professor of Psychology, "Posttraumatic Stress Disorder," in *Comprehensive Textbook of Psychiatry*, 9th ed.

1 ∧ | ∨ • Reply • Share ›

 **are you serious?** • 2 years ago
so this is what passes for news at Harvard...

a polemic for a radical policy shift, with no thought whatsoever given to its merits, and no space whatsoever given to those eviscerated in this article to speak in their own defense

a glance at the section headings reveals the bias the text doesn't even attempt to conceal:
"it happens here"
"campaigning for change"

KT - 0003219

"working towards reform"
"the politics of prevention"
"moving forward"
you would think this was an op-ed from our harvard can do better

furthermore, the text is beyond misleading. for example, under campaigning for change, the authors describe a referendum in which 85% of undergraduate voters supported a call for harvard to "re-examine" its sexual assault policies. well and good. but in the very next section, we are told the referendum " indicated widespread community support for the changes proposed by Our Harvard Can Do Better."

**see more**

91 ^ | v • Reply • Share ›

   **Joe B.** → are you serious? • 2 years ago
I oppose forcible rape, but agree that the "preponderance of the evidence" standard is very dangerous in the aftermath evaluation.

1 ^ | v • Reply • Share ›

   **pierceharlan** • 2 years ago
The tone of the entire piece is very troubling because it seems to credit every accusation as true and as a punishable offense, due process be damned. It is appalling that the writers blithely ignore the reason standards of proof traditionally are high when important interests are at stake: to protect the innocent. It is more than appalling that the writers do not give a passing thought to the implications of lowering the standard of proof: it puts innocent students at greater risk of being punished for offenses they didn't commit.

60 ^ | v • Reply • Share ›

   **William Ryan** → pierceharlan • 2 years ago
First off, legally schools ought to be applying this standard anyways: http://www.forbes.com/sites/wo.... So your legal arguments don't actually apply.

Second, you don't go to jail, you get kicked out of school for six months. This is a pretty small harm in comparison to the damage visited on the victim by the rape and by being forced to be around their attacker if he is not forced to leave school. We already have this standard in civil court -- at the point where you can be fined millions of dollars when proven guilty under this standard, I fail to see how six months off from school is a so much worse harm.

Third, it's especially necessary in rape cases to counteract the fact that otherwise the victim's testimony is automatically discounted hugely relative to the assailants -- a fact which, given the relatively few onlookers of most rape cases, makes it especially hard to cnvict without it.

KT - 0003220

Lets be real, if you aren't doing something you shoud not be doing, this won't apply to you. Women almost never falsely report -- most people put these instances at less than 2%, and in those circumstances it's very likely you won't be convicted because if you didn't rape them then there should be no evidence that you raped them. You're letting a problem which doesn't exist stop you from dealing with a problem which 1/4 of women in college are incredibly hurt by.

27 ∧ | ∨ • Reply • Share ›

 **Radioedit** → William Ryan • 2 years ago

I'm sorry but your "facts" are a load of nonsense. The claims you make are simply not supported by the evidence you cite for them.

You claim to know what proportion of rape allegations are false. No one knows this, and if the subject of rape was less emotive it would probably be obvious that no one could possibly know this.

The article that you link to in support of your false claim is a polemical secondary source. A source, it should be noted, that claims that 2-8% of reports are false. Not "less than 2%," as you claim in your asinine comment. It cites a number of primary sources but claims that The largest and most rigorous study that is currently available in this area is one conducted in the UK by Kelly, Lovett, & Regan. Which found a false reporting rate of 8%.

This Kelley et al. paper gets regularly trotted out in discussions of this nature, but it does not even claim to count the number of allegations that are false. It instead counts the number that are classified as false by the police. This is a crucial distinction because in order to classify an allegation as false you would have to have compelling evidence that it is false

see more

37 ∧ | ∨ • Reply • Share ›

 **pierceharlan** → William Ryan • 2 years ago

Your comment is replete with with distortions, and it is impossible to know where best to begin. Very briefly:

On the first assertion, that schools SHOULD use the "preponderance of the evidence" standard, you would do well to read FIRE's discussions of this standard (it has written extensively about it) as well as the recent report of The American Association of University Professors (AAUP) which states, inter alia: "The AAUP advocates the continued use of "clear and convincing evidence" in both student and faculty discipline cases as a necessary safeguard of due process and shared governance."

Your assertion that the punishment for an adjudication of sexual assault on campus is "pretty small harm" is woefully unschooled. "The consequences for someone

KT - 0003221

expelled for sexual assault are enormous and will follow him throughout his life, leading to rejection by other schools, inability to qualify for the bar and a great deal of stigma," said Prof. Cynthia Bowman of Cornell. "To impose those consequences on someone requires a rigorous standard of proof and many due process protections to ensure fairness." She added that procedures proposed at her school in response to the Department of Education's mandate were "Orwellian." Prof. Kevin Clermont of

**see more**

20 ^  |  ∨ • Reply • Share ›



**William Ryan** → pierceharlan • 2 years ago

1 - legally they are required to, see the Dear Colleague letter.

2 - expulsion/those very severe consequences are not the case at Harvard -- it's no worse than what happens if you get asked to withdraw for drinking too much, which happens to people all the time without ruining their lives. Maybe you forgot you were reading an article in the Crimson since you're just some random fucking dude who for some reason is commenting on my school's newspaper.

3 - Again, obviously it's difficult to find the number of actual false rape accusations, but that study is also reporting claims, not just accusations, and its only the latter which are actually harmful so it's actually lower than the study. Regardless, it's unlikely that you would actually get suspended if you did not do it, and if you aren't suspended then you have to go to a stressful hearing but have no other harms thanks to the confidentiality involved. An acceptable price to pay for helping solve this: http://www.rainn.org/get-infor...

4 -- Thanks for your offer of anecdotes, but they are just as worthless as any anecdote. And I'm pretty sure the real horror story is getting brutally raped and then having to live with your rapist for possibly the next three years while they see no punishment and you can't tell anyone.

5 -- GTFO my college newspaper's comments, your opinion isn't appreciated or wanted and you obviously know nothing about the school.

9 ^  |  ∨ • Reply • Share ›



**Survivor1** → William Ryan • 2 years ago

This "Robert Sanchez" is also commenting all over UNC's "Daily Tar Heel" on its reports on the ongoing sexual assault policies problems/investigation at UNC (the school is being investigated by the OCR). His comments are just as disgustingly misogynistic and ignorant there as well, not just your paper.

3 ^  |  ∨ • Reply • Share ›



**pierceharlan** → William Ryan • 2 years ago

KT - 0003222

Your comment is replete with with distortions, and it is impossible to know where best to begin. Very briefly:

On the first assertion, that schools SHOULD use the "preponderance of the evidence" standard, you would do well to read FIRE's discussions of this standard (it has written extensively about it) as well as the recent report of The American Association of University Professors (AAUP) which states, inter alia: "The AAUP advocates the continued use of "clear and convincing evidence" in both student and faculty discipline cases as a necessary safeguard of due process and shared governance."

Your assertion that the punishment for an adjudication of sexual assault on campus is "pretty small harm" is woefully unschooled. The consequences for someone expelled for sexual assault are enormous and will follow him throughout his life, leading to rejection by other schools, inability to qualify for the bar and a great deal of stigma," Prof. Cynthia Bowman of Cornell said this: "To impose those consequences on someone requires a rigorous standard of proof and many due process protections to ensure fairness." She added that procedures proposed at her

**see more**

4 ⌃ | ⌄ • Reply • Share ›



**Gangtok** ➜ pierceharlan • a year ago
If you say it twice it must be truthful.

1 ⌃ | ⌄ • Reply • Share ›



**NWOslave** • 2 years ago
"According to a report released by the National Institute of Justice in 2011, between 20 and 25 percent of women, and approximately 6.1 percent of men are victims of an attempted or completed sexual assault while they are in college."

---------------

Perhaps we could see this "report?" The highest rate I could find for 2010 was in war torn Botswana at a rate of 92.9 per 100,000. So if the average time a woman spends in college is four years, over a four year span in war torn Botswana a woman's chance of sexual assault would be 1 in 269. A US college the number is 1 in 4, which means a woman has a 67 times greater chance of being sexually assaulted in college than the place with the actual highest number of recorded sexual assaults. How long will the lies continue?

36 ⌃ | ⌄ • Reply • Share ›



**pierceharlan** ➜ NWOslave • 2 years ago
If this inanity were accurate, our college campuses would be more dangerous places than the Tadmor Prison in Syria, where the prison guards butcher the inmates for sport.

20 ⌃ | ⌄ • Reply • Share ›

KT - 0003223

 **LOL MRAs** → NWOslave · 2 years ago
The report was sourced right there in the quote you quoted, you illiterate monkey.
15 ∧ | ∨ · Reply · Share ›

 **Jackie Noff** → LOL MRAs · 2 years ago
No actually, it wasn't, which appears to be the point you missed.

The study from the article doesn't exist.
8 ∧ | ∨ · Reply · Share ›

 **brookstyle** → LOL MRAs · 2 years ago
"illiterate monkey"a communique in text...yet indecipherable to its target.
3 ∧ | ∨ · Reply · Share ›

 **its more complicated** · 2 years ago
Finally! We have another article blaming rape on final clubs and the Ad Board (actually, can we just call it a day and blame everything on final clubs and/or on Harvard Administration? That's pretty much what every Crimson article is about ever).

True, its sad and awful to see perpetrators go unpunished, and I'm sure this happens quite often. I have so much sympathy for "Julie's" experience. But in terms of action-- what does "preponderance of evidence" vs. "sufficiently convinced" actually mean? In which cases would the verdict be overturned if we switch the standard? Either way, the university does have some responsibility to make sure that they aren't punishing the innocent as well. Is "innocent until proven guilty" no longer relavent?

I personally think prevention is the most important part of addressing rape at Harvard. SO glad that entire section was devoted to the anti-final club tirade. Because there's nothing else we can do to prevent rape at Harvard besides eliminate male-dominated social spaces.

I would also love to see the research that states that "competitive males" are more likely to engage in sexual assault. (So frats/sports teams are competitive, but I'm guessing the Harvard males that won the Putnam are not?). What does competition have to do with it? Did anyone see the obvious confouding variable: Alcohol? (This is mentioned, but only after suggesting that competitiveness in

**see more**

45 ∧ | ∨ · Reply · Share ›

 **Josh G.** → its more complicated · 2 years ago
I feel you bro. Here's the thing. We all need to get on board with a very simple idea: it's a terrible, stupid idea to penetrate a person who has used the word "no." Just don't do it. Don't persist, don't parse the meaning. Just zip up and move on. In 2013 it's just effing stupid not to.
31 ∧ | ∨ · Reply · Share ›

KT - 0003224

 **Survivor1** → Josh G. · 2 years ago

Brilliant!!! And thank you for saying it!! Unless a guy gets sober consent (without intimidating her either) keep it in your pants!

3 ∧ | ∨ · Reply · Share ›

 **pnv** → Josh G. · 2 years ago

This is the only comment that actually says anything. It's so simple.

1 ∧ | ∨ · Reply · Share ›

 **Faryshta Mextly** · 2 years ago

> allow the student who sexually assaulted her to remain on campus

Million dollar question.
How do you know she was assaulted?

33 ∧ | ∨ · Reply · Share ›

 **Guest** → Faryshta Mextly · 2 years ago

I believe the stated reason was, "After reporting the rape, Julie felt encouraged by the responses of Harvard University Police Department and the Office of Sexual Assault Prevention and Response. Assured that there was significant evidence to build a case against the perpetrator, Julie took her case to the Ad Board."

We don't know if she was assaulted. We don't know if she was telling the truth to these Crimson reporters. But even if the false accusation rate is as high as 10%, it is not 100%, and it is incredibly troubling to hear that the three students who were told to take time off between 2005 and 2010 were not dismissed from the college (despite a policy claiming otherwise).

The lack of discipline coupled with a policy of "keeping it all in the Harvard system via HUPD and OSAPR" should be revised. It is not for a victim (potential or former) to know immediately which route to take; articles like this one will perhaps direct others to pursue recourse outside the Harvard system, simply because Julie shared her story.

17 ∧ | ∨ · Reply · Share ›

 **ktheidon** → Faryshta Mextly · 2 years ago

How do you know she was not? Shall we call for a hymen exam? After all, in the middle ages it was the virginity issue that was central to the debates. Or we could use a more contemporary referent: Akin's on legitimate versus illegitimate rape. The mystical sperm-repelling womb.

19 ∧ | ∨ · Reply · Share ›

 **pierceharlan** → ktheidon · 2 years ago

So, that's the answer as to how we know if she was assaulted: invoke a backward
Republican congressman's silly comment that has nothing to do with the specific
question in order to engender emotional support for rape victims in general.

Wow.

42 ∧ | ∨ • Reply • Share ›

 **LOL MRAs** → pierceharlan · 2 years ago
Oh no, not emotional support for rape victims, anything but that! Dumbass.

9 ∧ | ∨ • Reply • Share ›

 **pierceharlan** → LOL MRAs · 2 years ago
I assume you are someone from her class . . . .No one suggested what you are
saying. Thanks for the hate.

16 ∧ | ∨ • Reply • Share ›

 **Gangtok** → pierceharlan · a year ago
And your class, Mr. Harlan? Is what? if you are going to ask for personal info
from others, maybe you should be forthcoming yourself.

∧ | ∨ • Reply • Share ›

 **mutant_reg_act** → LOL MRAs · 2 years ago
You sound like the type to give emotional support for liars and
lynchers. (Oh yes, a lot of lynchings started with false rape
accusations, as much as you'd prefer to gloss over that part.)

13 ∧ | ∨ • Reply • Share ›

 **EvilPundit** · 2 years ago
False accusations of sexual assault are a huge and growing problem, especially on campuses where
due legal process is not followed.

The real problem is not sexual assault, but an attitude that any man accused of misconduct must be
guilty. This discrimination adds to the hostile environment faced by the male minority among
students.

58 ∧ | ∨ • Reply • Share ›

 **William Ryan** → EvilPundit · 2 years ago
So glad that internet mens rights activists managed to find this thread -- "male minority"
LOL. Too bad the "growing problem" you're talking about empirically doesn't exist.
"http://www.ndaa.org/pdf/the_vo...". Less than 2% of reports are false, and of those false
reports even fewer are actually accusations of a specific person -- a lot of the time if you're
fabricating a rape claim you don't actually specify someone because they don't want to be
proven wrong/just don't want to do something shitty to somebody else.

KT - 0003226

27 ∧ | ∨ • Reply • Share ›

 **Radioedit** → William Ryan • 2 years ago

Your link says 2-8% are false. So where are you getting this "less than 2%" crap?

17 ∧ | ∨ • Reply • Share ›

 **Radioedit** → William Ryan • 2 years ago

I'm sorry but your "facts" are a load of nonsense. The claims you make are simply not supported by the evidence you cite for them.

You claim to know what proportion of rape allegations are false. No one knows this, and if the subject of rape was less emotive it would probably be obvious that no one could possibly know this.

The article that you link to in support of your false claim is a polemical secondary source. A source, it should be noted, that claims that 2-8% of reports are false. Not "less than 2%," as you claim in your asinine comment. It cites a number of primary sources but claims that The largest and most rigorous study that is currently available in this area is one conducted in the UK by Kelly, Lovett, & Regan. Which found a false reporting rate of 8%.

This Kelley et al. paper gets regularly trotted out in discussions of this nature, but it does not even claim to count the number of allegations that are false. It instead counts the number that are classified as false by the police. This is a crucial distinction because in order to classify an allegation as false you would have to have compelling evidence that it is false.

see more

18 ∧ | ∨ • Reply • Share ›

 Anonymous → EvilPundit • 2 years ago

lol "the male minority"

16 ∧ | ∨ • Reply • Share ›

 Anonymous → EvilPundit • 2 years ago

males as a group are obviously not a "minority" among students here... are you referring to males of a racial, sexual, etc. minority?

8 ∧ | ∨ • Reply • Share ›

 **pierceharlan** → Anonymous • 2 years ago

Yeah, what a stupid thing EvilPundit did -- using the dictionary to define a word! How dare he!

15 ∧ | ∨ • Reply • Share ›



KT - 0003227



**Gangtok** → pierceharlan · a year ago

When he starts talking about the subject of sexual assault against women, he can get out his dictionary. Otherwise, it's just more derailing.

∧ | ∨ · Reply · Share ›



**Dana Mous** · 2 years ago

Can someone please explain why the victims don't reach out to police/attorneys OUTSIDE the university? It appears as though the University prefers to "try to sweep under the rug" or minimize the victim's experiences rather than focusing on appropriately punishing the perpetrators. Why do to the ON CAMPUS police only? Is this mandatory or something? Is going "outside the school system" prohibited?

14 ∧ | ∨ · Reply · Share ›



**Guest** → Dana Mous · 2 years ago

It is because these types of people have an agenda. They want to create Star Chamber type courts within the college system to attack people who don't buy into their political/gendered message.

21 ∧ | ∨ · Reply · Share ›



**Faryshta Mextly** → Guest · 2 years ago

thats false, the university can't present charges on behalf of a third person.

nor they can avoid a third person to present charges. The decision of going to the police is entire responsability of the accuser.

2 ∧ | ∨ · Reply · Share ›



**dissenter88** · 2 years ago

Just wondering... what if the reason Julie's rapist remains on campus is that he was actually not guilty?

39 ∧ | ∨ · Reply · Share ›



**pierceharlan** → dissenter88 · 2 years ago

Bravo. The assumption that he is a rapist based solely on the say-so of the accuser is heinous. The hanging trees of the Old South were witness to such assumptions.

41 ∧ | ∨ · Reply · Share ›



**ktheidon** → pierceharlan · 2 years ago

So now the hideous lynching of black men in the Jim Crow South is on par with the situation of men accused of rape and processed via the legal system?

18 ∧ | ∨ · Reply · Share ›



**pierceharlan** → ktheidon · 2 years ago

KT - 0003228

Oh, no, my dear professor. There is no comparison -- at least not to folks like you. For you, the determination of whether a person can be a bona fide "victim" is dependent on whether they belong to a group you approve of.

Of course, to the person wrongly accused, it doesn't make a hell of a lot of difference, now does it?

And, yes, we -- the writers at COTWA -- have chronicled many modern day instances where the wrongly accused are beaten, and sometimes even killed, because of a mere accusation of rape. And if you want to know who foments a culture where overreactions to mere accusations of rape are possible, due process be damned -- well, I won't suggest that you look in the mirror because I know nothing about you aside from your less than impressive blather on this thread.

As a footnote, even today, minority males who are wrongly accused of heinous sex offenses suffer disproportionately in all sorts of ways that we chronicle on our site. And if you want to see something that might make even someone like you angry, watch the guys who were wrongly accused in the Hofstra case the time they were on the Steve Wilkos television show (it's on You Tube) -- watch how they were booed by the audience and treated as if THEY were the wrongdoers.

33 ∧ | ∨ • Reply • Share ›

 **Facepalm** → ktheidon • 2 years ago
Accused of rape, yes. But the point is that they are NOT processed via the legal system, and instead just assumed to be guilty whether they actually are or not.

18 ∧ | ∨ • Reply • Share ›

 **pierceharlan** → Facepalm • 2 years ago
The notion that the vigilante "justice" meted out to black men in the Old South was somehow divorced of its legal system, such as it was, is simply erroneous.

19 ∧ | ∨ • Reply • Share ›

 **LOL MRAs** → pierceharlan • 2 years ago
Ah so you're a white supremacist as well as a misogynist. Good to know.

6 ∧ | ∨ • Reply • Share ›

 **pierceharlan** → LOL MRAs • 2 years ago
Wow.

18 ∧ | ∨ • Reply • Share ›

KT - 0003229

 **Gangtok** → pierceharlan · a year ago

Wow indeed. Women who bring rape and other sexual assault charges to the attention of authorities are inconsequential. All that matters is the privileged male young ivy-league student who has been accused. Why, it's just like being beaten. tortured, and hung from a tree for being African-American!

2 ∧ | ∨ · Reply · Share ›

 **LOL MRAs** → pierceharlan · 2 years ago

The accused person in this scenario wasn't lynched without a trial. Your comparison is anti-intellectual garbage.

4 ∧ | ∨ · Reply · Share ›

 **iz** · 2 years ago

Great piece. Really illuminating and informative.

28 ∧ | ∨ · Reply · Share ›

 **anonymous** · 2 years ago

This piece is excellent; hopefully it can help foster a more open dialogue between the administration and students on the realities of sexual assault, both at Harvard and on other college campuses.

I'm especially encouraged by what seems like an increase in the number of articles in college newspapers (recall Angie Epifano's piece in Amherst's independent newspaper) regarding sexual assault and the generally inadequate responses of administrative officials. We can, and should, do better.

31 ∧ | ∨ · Reply · Share ›

 **Guest** → anonymous · 2 years ago

It just highlights the need for a male only college system to protect the majority of men who "aren't like that" from rapists, feminists and false rape accusers who work to make their lives hell.

Why should male students have to live on egg shells? It is either there fair game for feminists to destroy, demonized into submission or forced to deal with the histrionic of a perpetual child. If someone is raped or sexually assaulted they SHOULD GO TO THE POLICE!

Granted many Universities have their own police departments but there is simply too much conflict of interest to ever trust them either way you look at this issue. And perpetual children like the one this article is about, is outraged that anyone dares question the validity of the incident(given the high rate of false accusations we are in for following several decades of "women never lie" dogma).

26 ∧ | ∨ · Reply · Share ›

KT - 0003230

Disqus Comments                                                    Page 14 of 38

 **LOL MRAs** ➜ Guest · 2 years ago

You know what normal members of society do to avoid "living on egg shells" from the threat of being punished for rape? They don't rape anyone. Problem solved. Quit being a delusionally paranoid misogynist.

22 ∧ | ∨ · Reply · Share ›

 **Steffi** ➜ Guest · 2 years ago

Oh yes, let's leave it as it is and the women - who you obviously don't think anything of - can live in fear of rape, just so the men don't have walk on eggshells. Anything rather than getting the rapists and the men who let it happen to deal with their behaviour. Nice.

5 ∧ | ∨ · Reply · Share ›

 **Kimberly Theidon** · 2 years ago

I must note another striking aspect of the comments, and that is their gendered dimension. We have the men who rally around the minimization of the issue, and embrace the cause of the falsely accused. In contrast, we see posts from the women who come forward as survivors of sexual violence, or as researchers working on these issues. So there are numerous silences in the dialogue: men as victims of sexual violence; men as perpetrators (rather than those men committed to exonerating the small percentage who are falsely accused); the members of the finals clubs at Harvard who host the parties, and invite women from surrounding colleges to come on over on what is nicknamed the "butt train"; the women who have successfully denounced their rapists; the many men on this campus who are allies in ending this sort of violent sexual culture. It would be useful to hear from these other groups. Additionally, completely missing from the conversation — which has devolved into the male-female binary — are other genders, other forms of GBV and SV

21 ∧ | ∨ · Reply · Share ›

 **Anonymous for this** ➜ Kimberly Theidon · 2 years ago

"So there are numerous silences in the dialogue: men as victims of sexual violence"

FWIW, I'm a male who was raped in college, and I haven't posted anything because I agree with what Pierce Harlan has been posting.

My biggest fear at the time was that my rapist would protect herself by concocting charges against me.

27 ∧ | ∨ · Reply · Share ›

 **pierceharlan** ➜ Anonymous for this · 2 years ago

"There are numerous silences in the dialogue . . . ."

Excuse me while I stop my skin from crawling.

And she teaches at the college level? At Harvard?

KT - 0003231

Wow.

16 ^ | ∨ • Reply • Share ›

 **Sam** → pierceharlan • 2 years ago

Dude. There's nothing wrong with that quote. C'mon.

13 ^ | ∨ • Reply • Share ›

 **Gangtok** → pierceharlan • a year ago

Hmm, moving on to personal attacks now. Apparently all semblance of engagin with the issues is now over for this demagogue.

^ | ∨ • Reply • Share ›

 **pierceharlan** → Gangtok • 10 months ago

You are about a year late to the dialogue.

Did Kimberly put you up to this?

1 ^ | ∨ • Reply • Share ›

 **UnjustlyServed** → Kimberly Theidon • 2 years ago

Then allow me to add my voice.

There was a woman I had a sexual relationship with. No real chance of it going anywhere, but we hooked up semi-regularly as moods hit us. It went well enough, but I was beginning to get annoyed by one particular foible... to put it delicately, her willingness to receive pleasure, but unwillingness to give as she got.

One specific evening she called me up, invited herself over, and we went to it. She undressed me. After some foreplay, she put the condom on me. She climbed on top of me and oriented me in various ways... by all accounts an active and enthusiastic participant. That is, up until the point where I was close to finishing, whereupon I requested that treatment she was so loathe to perform. She refused. I said she was being selfish. She didn't care. So I told her to pack up her things and go, and to delete my number of her phone.

Yes, it was abrupt and unceremonial. Maybe even a little mean. In the shouting match that followed we each aired out exactly what we thought of the other in stark terms, culminating with her unimpeded (and at that point, HIGHLY welcome) exit.

Two days later, I get a knock on the door from two officers investigating a claim of sexual

**see more**

25 ^ | ∨ • Reply • Share ›

 **College '98** → UnjustlyServed • 2 years ago

Let's recount the story using your words: This woman was willing to have sex with you without commitment but was never willing to give you a blow job.

This "annoyed" you, but instead of accepting or discontinuing the sexual relationship,
you decided to keep pushing to get a blow job out of her. So even according to your site of the story, she wasn't an "enthusiastic participant" in the act she kept refusing to give. Moreover, your "request" for the act was accompanied
by a shouting match, in which you accused her of being selfish. That sounds abusive, at best.

I'm far from a feminist. But I'd put your case, as you tell it, somewhere in the grey area. It's unclear if sexual assault occurred, but neither was her report the act of a spiteful woman "using the state as the blunt instrument of her vitriol."

Here's a tip: If you want commitment-free sex while avoiding "spiteful" women, take what you can get and don't try to push for more.

13 ∧ | ∨ · Reply · Share ›

 **UnjustlyServed** → College '98 · 2 years ago

Sex without commitment, sans oral. Correct... almost. Sex without commitment without *reciprocated* oral. She was quite enthusiastic about me going down.

"... but instead of accepting or discontinuing"? Perhaps your English comprehension could use a little work. I explicitly stated that I terminated the relationship for precisely that reason. The timing wasn't optimal admittedly, but things that are simmering annoyances tend to assert themselves at inopportune times.

I did not "keep pushing". I asked, she refused, I said she was being selfish, she said she didn't care, I told her to leave. This was also explicitly stated. It's not like I grabbed her by the pony tails and dragged her face to my crotch.

Moreover, *she* started shouting at me for my abrupt dismissal of her from my space. I was done and wanted her gone, she wanted to stick around and tell me how horrible I was for not thinking she was as amazing as she thought she was. Once again, reading fails you, because I told her she was selfish before any voices got raised.

**see more**

8 ∧ | ∨ · Reply · Share ›

 **You sure?** → Kimberly Theidon · 2 years ago

I'm not sure how you can tell that all of the people here who said they were victims are female and that all of the people concerned about false reporting are male. I don't see anything in most of these comments that identifies the speaker's gender.

Are you assuming it based on the substance of their comments? That strikes me as pretty gendered right there. I also noticed that you referred to "women who come forward as survivors" but men as "victims." Are you suggesting that we should be thinking of them differently?

See, I can point out gender-related topics too. It just doesn't advance the conversation at all.

17 ∧ | ∨ · Reply · Share ›

 **pierceharlan** ↱ You sure? · 2 years ago

Say what?

English, prof., please. English.

7 ∧ | ∨ · Reply · Share ›

 **alum '12** · 2 years ago

This article fails to answer one major question: why on earth would anyone take a criminal matter to the Ad Board? Harvard is in the city of Cambridge. Call the Cambridge Police. 911 immediately after the event, or 617-349-3300 if not an emergency.

10 ∧ | ∨ · Reply · Share ›

 **glorrierose** ↱ alum '12 · 2 years ago

FYI: http://www.hupd.harvard.edu/fa...

QUOTE: What's the difference between the HUPD and the city police, like Cambridge, Boston Police, etc.?

The only difference is jurisdiction. HUPD officers are licensed special State Police officers and deputy sheriffs in both Middlesex and Suffolk Counties. Those powers give them the authority to respond to any crime on our campus and any "breach of the peace" on city streets in Cambridge, Somerville, and Boston. Officers receive the same academy training as officers from Cambridge.

If a crime is committed on campus, I assume that HUPD handles it. Are there any times when the Cambridge or Boston Police would get involved?

With the exception of a couple of crimes, such as a homicide, we have primary jurisdiction over all crimes occurring on our property. However, we maintain a good working relationship with Cambridge Police and the Boston Police and will coordinate with them at times in order to ensure the most appropriate response to maintain a safe and secure environment.

KT - 0003234

****

1 ^ | ∨ • Reply • Share ›

 **glorrierose** ⬈ alum '12 • 2 years ago

Because campus police have jurisdiction over crimes that happen on campus, that is why. If you call the police they will simply refer your case to campus police. Sorry that you are so ignorant about this -- unfortunately you have a lot of company.

^ | ∨ • Reply • Share ›

 **Not_Too_Smelly** • 2 years ago

Don't drink to the point of inebriation. That goes for both males and females. It's pretty simple. I never understood why college students need to get drunk to feel like they're having fun.
-Alum '02

15 ^ | ∨ • Reply • Share ›

 **LOL MRAs** ⬈ Not_Too_Smelly • 2 years ago

So she asked for it because she was drunk? Good point, you ass-backwards right-out-of-the-50's rape apologist.

18 ^ | ∨ • Reply • Share ›

 **Not_Too_Smelly** ⬈ LOL MRAs • 2 years ago

Nope; nobody is "asking for" sexual assault and nobody deserves sexual assault. Sexual assault is terrible, and the perpetrators deserve blame and punishment. And we should educate potential rapists (mostly men) not to rape. But both men and women will be better able to make good decisions if they don't get wasted. Getting drunk also puts you at risk for car accidents, drowning (see the case of the Northwestern undergraduate student who fell into Lake Michigan in September 2012), making a fool of yourself in front of friends, walking through a bad part of town and getting mugged, alcohol poisoning, vomiting, and other undesirable outcomes. Are you arguing for a God-given right to get drunk and then avoid trouble? Would you tell your son or daughter that getting drunk at a late-night college party is totally a dope idea, yo?

When I ask certain people I know why they like to get drunk, the excuse I hear is "I need it to loosen up." If you're so tightly wound that you can't enjoy yourself without alcohol, maybe you need psychotherapy.

9 ^ | ∨ • Reply • Share ›

 **Sasha** ⬈ LOL MRAs • a year ago

Let's say a man drinks until he passes out in an alley, and someone steals his wallet.

All of his friends tell him he's an idiot, it was his fault, he shouldn't have gotten so drunk without someone to keep tabs on him, etc.

KT - 0003235

Tell me what you feel about his friends' response?

1 ∧ · ∨ · Reply · Share ›

 **pierceharlan** → Not_Too_Smelly · 2 years ago

Amen.

6 ∧ · ∨ · Reply · Share ›

 **Anonymous** · 2 years ago

Your comments section has been invaded by a hate group. These people's opinions are not representative of anyone outside their hate group. I just thought I'd let you know.

14 ∧ · ∨ · Reply · Share ›

 **William Ryan** → Anonymous · 2 years ago

This. I would appreciate some sort of moderation which prevents discussions of community issues being taken over by a bunch of random internet people who are trotting out generic offensive arguments and have no actual knowledge of the situation. Comments by people in the Harvard community who have knowledge of this are useful, this is just making our comments board into an MRA circle jerk.

7 ∧ · ∨ · Reply · Share ›

 **pierceharlan** → William Ryan · 10 months ago

Ryan is for censorship. Why am I not surprised.

1 ∧ | ∨ · Reply · Share ›

 **Gangtok** → Anonymous · a year ago

These attacks on women who try to help victims of sexual assault are becoming routine. Derailing is one tactic, trying to attack the credentials of the target is another. Here the issue is whether a professor at Harvard's defense of student rape victims led to denial of tenure. But they only want to talk about men. and post so many comments this thhread gets overwhelmed and the true point is lost.

1 ∧ · ∨ · Reply · Share ›

 **faggg** → Anonymous · a year ago

Translation: I don't want to argue over what I perceive to be incontrovertible facts, but which are, to saner eyes, simply my norms eclipsing reason.

1 ∧ · ∨ · Reply · Share ›

 **Girl '13** · 2 years ago

This piece does a disservice to female undergraduates at Harvard by claiming to speak for all of us without actually doing so. I feel protected by OSAPR and I do not want to switch to a "preponderance of evidence" standard. "Innocent until proven guilty" is something that is important to me and probably to others at this university as well. The UC ballot advocated re-examination but did not say anything about switching to that standard or I would not have

KT - 0003236

supported it. Also, can you give it up with the final clubs tirade already??? Implying that girls who go to final clubs are helpless victims of a male conspiracy removes female agency and independence. These are just regular college parties, like the ones found at a gazillion other schools!!!!

10 ∧ | ∨ • Reply • Share ›



**Uncertain** → Girl '13 · 2 years ago
The requirement of "preponderance of evidence" is now a federal standard... So you can want "innocent until proven guilty" all you want, but the federal government would fine Harvard or even shut down any victim services (ie OSAPR) until they adhere to the new SOP

1 ∧ | ∨ • Reply • Share ›



**pierceharlan** → Uncertain · 10 months ago
No court has held that Harvard is required to follow the Dept. of Education's interpretation of the law.

1 ∧ | ∨ • Reply • Share ›



**mutant_reg_act** · 2 years ago
- "In 2011 alone, 26 Harvard students reported a rape or indecent assault to HUPD, OSAPR, or Harvard University Health Services, according to statistics published under the Clery Act, which requires colleges and universities to disclose information about crime on their campuses."

So was it 26 rapes, or 26 indecent assaults? Did 26 people get their boobs or butts brushed by the hand of an offender? My, it would be nice to separate these 2 different things, but that might get in the way of generating a phony statistic.

- "And 85 to 95 students—60 to 70 percent of them undergraduates, the rest graduate students—worked with OSAPR to confidentially discuss experiences of sexual misconduct, ranging from harassment and stalking to dating violence and rape, according to Sarah Rankin, the director of OSAPR."

I'm sure counseling would help if you experienced such a trauma at some point during 20-some years of life. ... Hmm, isn't it fishy that there's no details about when these occurred, and if Harvard had anything to do with them? Let's assume not. But revealing that might get in the way of victim-ism.

- "Harvard is not alone. According to a report released by the National Institute of Justice in 2011,

see more

6 ∧ | ∨ • Reply • Share ›



**Kimberly Theidon** · 2 years ago
What I also find striking in the comments (especially from the rape denier contingent, whose numbers seem to be increasing due to the cloaking effect of internet anonymity) is the absolute

KT - 0003237

silence on men as victims of sexual violence. Is this issue of concern to you? Or are you strictly invested in discrediting women's testimonies?

14 ∧ | ∨ • Reply • Share ›



**ZimbaZumba** ➜ Kimberly Theidon • 2 years ago

I hope to God you aren't really an Academic at Harvard. Every word you write, every phrase you use and every argument you pander, smells of an ideological subjectivity akin to that of the Moonies or Scientologists. You speak with the definitive voice of an unquestioning religious zealot, who's little more than the interpreter of "sacred texts" and "stories". Academics are to question and lead, not be indoctrinated and follow.

Have you or your colleagues actually ever created any new knowledge or merely shuffled information around like a theologian? Saint Michael Kimmel, who you cite, is an Academic snake oil salesman and con artist that History will mention in the same sentences as Madoff and Ponzi.

If ideological strait jackets and confirmation bias become any more entrenched in the Social Sciences, their last drop of credibility will have finally gone. Sacrificing Academic integrity for emotionally satisfying political dogma is a terrible thing. Especially when it affects the lives of the vulnerable.

29 ∧ | ∨ • Reply • Share ›



**pierceharlan** ➜ ZimbaZumba • 2 years ago

It is frightening, isn't it, ZimbaZumba?

Off-topic: from a purely stylistic standpoint, I'm just glad I don't write like these folks. They're pretty awful, aren't they?

14 ∧ | ∨ • Reply • Share ›



**ZimbaZumba** ➜ pierceharlan • 2 years ago

Re: Off-topic. True, though I can get pretty bad when I really get going. Fortunately I am feeling sanguine and restrained this evening.

9 ∧ | ∨ • Reply • Share ›



**Gangtok** ➜ pierceharlan • a year ago

Excuse me for interrupting the circlejerk of MRA brigaders. Just wanted to say hi. It's one of the most insulting things that occurs in a brigade --- the briagaders bully everybody else off the thread, then start talking to each other.

1 ∧ | ∨ • Reply • Share ›



**LOL MRAs** ➜ ZimbaZumba • 2 years ago

KT - 0003238

A wild wall of ad hominem fallacies appears! Put your pseudo-intellectualism in the
garbage bin and learn to get to the point (not that there was a point anywhere in that
terrible post).

7 ∧ | ∨ • Reply • Share ›

 **ZimbaZumba** ↗ LOL MRAs • 2 years ago
What Ad Hominens? What Fallacies? What Pseudo Intellectualism? We all
have short comings, but please don't burden me with yours.

6 ∧ | ∨ • Reply • Share ›

 **Disgusted** • 2 years ago
Why is an academic committee responsible for finding criminal fault? Ever? Rape is a legal matter,
regardless of where it occurs, and should be handled through the law enforcement/legal process.

3 ∧ | ∨ • Reply • Share ›

 **Kimberly Theidon** • 2 years ago
Thank you for drawing attention to these issues. In my course, Gender in Conflict, we just finished
reading Fraternity Gang Rape by Peggy Sanday. The book prompted a lively discussion; one point
of general dismay was how much this anthropological classic remains timely some twenty years
later. In short, a general dismay at how little the sexual culture on most college campuses has yet to
change.

10 ∧ | ∨ • Reply • Share ›

 **Ph.D. Social Psychology** ↗ Kimberly Theidon • 2 years ago
Does your course also include such eye opening moments like the Duke Lacrosse incident?
Or the Tawana Brawley case? Now, I am not disparaging legitimate crimes; however, not all
occurrences are factual nor crimes especially those that are seemingly tossed to the media
and become a follie.

36 ∧ | ∨ • Reply • Share ›

 **Kimberly Theidon** ↗ Ph.D. Social Psychology • 2 years ago
We do indeed address the pervasive male fear of the false accusation, and the
genealogy of such fear. It is amazingly consistent across time; it does have a history,
as does sexual violence and its cultural meanings and social responses. However, the
rates of false accusation pale — indeed, pale to the point of transparency! — when
compared to the rates of rape and other forms of sexual violence that do take place. I
suggest taking a look at Sanday's book and her findings. She interviewed young men
who were members of fraternities at U Penn, and for many of them sex, by definition,
involved some sort of force. The force ranged from subtle coercion or riffing, to
"working out a yes," to providing seemingly unlimited and spiked alcoholic
beverages, to closing a door and not letting a drunken young women leave until all
the members of the fraternity "pulled train" and gang raped her.

22 ∧ | ∨ • Reply • Share ›

KT - 0003239

 **pierceharlan** → Kimberly Theidon · 2 years ago
Your attempt to trivialize the victimization of the wrongly accused by blithely insisting there aren't enough of them to worry about is both troubling and hurtful. Your insistence on playing gender "Oppression Olympics" is not helpful. We can support rape victims without pretending the wrongly accused are a myth. We need to move beyond the '70s, Ms. Theidon. Here's the reality: FBI statistics show that false reporting of sexual assault is multiple times greater than the average for all crimes. (The Politics of Sexuality, Barry M. Dank, Editor in Chief, Vol. 3 at 36, n. 8.) While the percentage of unfounded claims for all crimes has been traditionally set at two percent, a scholarly law review article debunked the canard that only two percent of all rape claims are false by tracing this number to its baseless source. (E. Greer, The truth behind legal dominance feminism's "two percent false rape claim" figure, 33 Loyola L.Rev. 947 (2000).) Moreover, the last time the FBI reported on "unfounded" rape claims (meaning the claim was false or the elements of the crime could not be met) was 1996 (it never reported on "false" claims per se), and the FBI found that unfounded rape claims were were 15% of all claims -- that's 7-1/2 times the rate for all crimes as a whole. (See Dr. Bruce Gross,False Rape Allegations: An Assault on Justice, Annals of the American

**see more**

43 ︿ | ﹀ • Reply • Share ›

 **EvilPundit** → Kimberly Theidon · 2 years ago
So your only interest in the huge number of false accusations is to deny that they exist.

That's the problem with "gender studies" courses. They are enormously sexist and one-sided. All they do is spread hatred of men.

36 ︿ | ﹀ • Reply • Share ›

 **pierceharlan** → EvilPundit · 2 years ago
The Community of the Wrongly Accused website is replete the true life horror stories, ripped from the headlines, of these "rape myths" -- the men and boys who aren't worthy of discussion according to Ms. Theidon.

31 ︿ | ﹀ • Reply • Share ›

 **Kimberly Theidon** → pierceharlan · 2 years ago
Ms. Theidon wants you to know that she appreciates your website and commitment. She (I do love to speak about myself in the third person --- such added gravitas, no?) — also insists on examining men as victims of SV and GBV and not only perpetrators. Here I refer you to the documentary "Gender against Men," in addition to Chris Dolan's many publications. Does that not

KT - 0003240

seem more statistically significant — men as victims of these forms of violence — than your skewed take on the innocence project?

10 ^ | ∨ • Reply • Share ›



**pierceharlan** → Kimberly Theidon • 2 years ago

Well, I'll posit these questions to Ms. Theidon through you. Ask Ms. Theidon if it is proper to trivialize the victimization of one group just because the victimization of another group might be "more statistically significant"? (I am assuming her answer will be "yes.")

Then ask her if she realizes how unjust, divisive, and downright other-worldly that is. (I am assuming her answer will be "no.")

Finally, ask her why she and others of her ilk write as though they were chronically constipated. (I am assuming she will just scowl.)

The last point is the one I'm truly curious about.

She is just so fascinating!

18 ^ | ∨ • Reply • Share ›



**Gangtok** → pierceharlan • a year ago

Harlan seems to be revealing his true attitude here. The pose of caring about anyone but himself is falling apart.

^ | ∨ • Reply • Share ›



**LOL MRAs** → pierceharlan • 2 years ago

Thanks for letting me know about The Community of the Wrongly Accused! Now I can update the tally:

Credible journalistic sources that suggest false rape accusation is rampant: 0
Non-credible journalistic sources that suggest false rape accusation is rampant: 10000001

9 ^ | ∨ • Reply • Share ›



**Kimberly Theidon** → EvilPundit • 2 years ago

Do you believe gender studies does not include masculinity studies? the literature is vast, but I direct you to one article. "Masculinity Studies and male violence: Critique or Collusion?" Melanie McCarry, Women's Studies Int'l forum, 30(2007): 404-415. You might also look a Connell's work on masculinities, as well as Kimmel's. Your position is rhetorical rather than reflecting an engagement with the literature.

10 ^ | ∨ • Reply • Share ›



 **EvilPundit** → Kimberly Theidon • 2 years ago

"Masculinity Studies" is just a deceptive name for a propaganda campaign which would be more aptly titled "Why Men are Horrible".

A feminist "study" of masculinity is akin to a KKK "study" of blackness, and about as accurate.

27 ∧ | ∨ • Reply • Share ›

 **LOL MRAs** → EvilPundit • 2 years ago

Men actually think feminism is comparable to the KKK. Like seriously, I know you're all thinking, yeah, men ARE pretty stupid, but not even the stupidest man could be so pants-on-head, head-in-ass stupid as to actually think an ideology that has lynched nobody ever is comparable to a hate group that has lynched thousands of people, but just look at the man I'm responding to. This dumbass man is actually claiming that feminists are akin to the KKK. And that is just one of the many reasons Why Men Are Horrible!

7 ∧ | ∨ • Reply • Share ›

 **EvilPundit** → LOL MRAs • 2 years ago

This reply pretty much confirms my analogy.

8 ∧ | ∨ • Reply • Share ›

 **Gangtok** → Kimberly Theidon • a year ago

Professor, the MRAs here will chatter you into silence. That's the goal. Beware.

∧ | ∨ • Reply • Share ›

 **LOL MRAs** → EvilPundit • 2 years ago

Everyone in this discussion who hasn't committed a burden of proof fallacy, raise your hand.

Whoa, not so fast, EvilPundit! You have to leave your hand down for this.

5 ∧ | ∨ • Reply • Share ›

 **Faryshta Mextly** → Kimberly Theidon • 2 years ago

and yet you assume the guy is guilty without asking for evidence.

18 ∧ | ∨ • Reply • Share ›

 **Kimberly Theidon** → Faryshta Mextly • 2 years ago

Who assumes this? Is there anything in my comments to imply the denial of due process? Me thinks thou doth protest too much.

9 ∧ | ∨ • Reply • Share ›



KT - 0003242

 **pierceharlan** → Kimberly Theidon • 2 years ago

Everyone, let's be fair to her -- don't down vote her comment about due process. If she wants to defend due process, I'm the last person who's going to criticize her for that.

14 ∧ | ∨ • Reply • Share ›

 **drunicusrex** → Kimberly Theidon • 2 years ago

Yes, there is much in your comments to deny men due process - most tellingly, to assume that all of them are guilty, along withour statement that a study of masculinity is necessarily a study of violence. And that all fraternities plan sexual assaults (one wonders why, then, so many frat parties attract hordes of attractive young women, if they're so dangerous). The categorazation of all men, working class or in the shrinking minority of those at liberal arts colleges, as "violent" and sex-crazed and always guilty, never wrongly accused - yeah, that smacks of prejudice. And an assumption of guilt, and a complete disregard for the rights of the accused. Justice is supposed to be unbiased - even towards men - working class or minority or WASP lacrosse players.

All of them, much like the very privileged young women you champion, deserve civil rights.

4 ∧ | ∨ • Reply • Share ›

 **Radioedit** → Kimberly Theidon • 2 years ago

How could anyone possibly know what percentage of rape accusations were false?

What limited research exists on the subject only addresses provably false claims, and says nothing about the total rate of actually false claims. As such a thing is obviously an impossible subject to study.

8 ∧ | ∨ • Reply • Share ›

 **pierceharlan** → Radioedit • 2 years ago

Yes. I think the implicit assumption is that anyone who dares to give voice to the wrongly accused, or to highlight their unique problems, must somehow be detracting from the war on rape, as if it's an "either/or" zero sum game. That's as silly as it is wrong. We -- the writers at COTWA -- constantly preach the necessity of respecting sexual assault survivors and we do not tolerate anyone suggesting that an unfounded rape claim was a lie. Unfortunately, the gender zealots have demonized and reduced folks like me to caricature -- I MUST hate women, blacks, and gays -- I MUST be a backward, right-wing, men's rights, Neanderthal, clinging to my guns and religion -- because I give voice to the wrongly accused.

Wrong on all counts. Guns scare me; I'm one of about 10 people in America who voted for Mondale-Ferraro because I thought it would be cool to have a woman as vice president; I'm to the left of our current president on a host of issues; and I do NOT think false rape claims are "rampant" as another comment suggested. It's a unique problem that can be devastating for the men and women it happens to and it deserves to be aired, that's all. I am currently working with a prominent victim of sexual abuse to help get the story told in a book -- gee, that doesn't fit their narrative, does it?

12 ∧ | ∨ · Reply · Share ›

 **Gangtok** → pierceharlan · a year ago
This is not about you, sir. You are not part of the Harvard community and you inserted yourself into this conversation. Please try to remember that.

∧ | ∨ · Reply · Share ›

 **drunicusrex** → Kimberly Theidon · 2 years ago
What you mean, Dr, is a "lively discussion" about how men and males are all dirty, violent, and stupid, and how women are always angelic, completely honest victims.
I shouldn't worry, if I were you. Men are a shrinking minority on university campuses - they are fewer than forty percent of all college graduates - so it will only be a few decades more before the Ivies are exclusively the Seven Sisters.
And as with most minorities, one can safely throw away outmoded, patriarchical beliefs like due process, the presumption if innocence, or the right to a competent defense.
Let's just lock up all those dirty, abusive men, right? If they're denied college degrees, too, all the easier to keep dehumanizing them, and to maintain the current leftist/elitist power structure.

4 ∧ | ∨ · Reply · Share ›

 **Anon** · 2 years ago
I was sexually assaulted at Harvard ten years ago and treated horribly. I am glad things have started to change. It ruined my life.

2 ∧ | ∨ · Reply · Share ›

 **AnonAnon** · 2 years ago
I hope someone investigates the identity of the person who posted the scary post under the name "Rapist".

2 ∧ | ∨ · Reply · Share ›

 **harvard'12** → AnonAnon · 2 years ago
i don't see this comment? I'm curious... where is it? was it deleted?

∧ | ∨ · Reply · Share ›

 **AnonAnon** · 2 years ago

KT - 0003244

 Can someone please explain why the victims don't reach out to police/attorneys OUTSIDE the university? It appears as though the University prefers to "try to sweep under the rug" or minimize the victim's experiences rather than focusing on appropriately punishing the perpetrators. Why do to the ON CAMPUS police only? Is this mandatory or something? Is going "outside the school system" prohibited?

2 ∧ | ∨ • Reply • Share ›

 duh ⇾ AnonAnon • 2 years ago
Because they try to steer you away from it and you're feeling vulnerable and scared and aren't thinking clearly, so it's easier to be manipulated. And also because the "real" police and attorneys are scary. and because a lot of people just want to go on with their lives, and going through the ad board feels less catastrophic than going through the criminal justice system, where the survivor is often going to be pilloried in front of a jury.

11 ∧ | ∨ • Reply • Share ›

 Curious ⇾ duh • 2 years ago
Confused as to how the survivor is being 'pilloried'? Do people ACCUSED of crimes not have the right to know who accused them, and aren't those same people also required to produce evidence against them? Rape and murder are the only two crimes without a statute of limitations. Shouldn't they have the same burden of proof?

7 ∧ | ∨ • Reply • Share ›

 duh ⇾ AnonAnon • 2 years ago
But I ultimately went outside the school, I thought the OSAPR was kind of completely worthless. Nice people though.

1 ∧ | ∨ • Reply • Share ›

 Kimberly Theidon • 2 years ago
I suggest readers visit the COTWA website that Pierce Harlan mentions in one of his posts. [whttp://www.cotwa.info] It allows you to see the sort of evidence used by various parties to these debates, and to evaluate for yourself which arguments are most convincing.

3 ∧ | ∨ • Reply • Share ›

 Destruction ⇾ Kimberly Theidon • 2 years ago
There is no reason to give their anti-intellectualism a second thought. They are part of an online hategroup known as the "men's right's movement", which organizes raids on other websites and forums, in an attempt to silence any feminist thought or discussion. There isn't a "group of writers" on that blog, it's one delusional man, filled with hatred for women, who is completely lacking in any semblance of intelligence.

KT - 0003245

They reached this from a group on reddit, /r/mensrights, where he asked for people to come in and invade this comment section. The votes, and comments do not represent the people who normally read anything on this site.

8 ^ | ∨ • Reply • Share ›



**Kimberly Theidon** → Destruction • 2 years ago

Thank you for posting this. The COTWA website is very similar to some of the white supremacist websites on the internet. The tone, the ranting nature of the writing, the bullying (those uppity Others into submission), and the vitriol. And they seem to have no interest in the men who suffer sexual and gender-based violence at the hands (or other appendages) of other men. In their hierarchy of victims, this in a strange omission. Again, thanks for clarifying how the stream of hate landed on this site. Finally, I want to lend a voice of support for the many people — men, women and other genders — who work with great commitment on the Harvard campus to insure that everyone receives equal, respectful and dignified treatment.

8 ^ | ∨ • Reply • Share ›



**Destruction** → Kimberly Theidon • 2 years ago

They have no interest in the plights of men, in fact, I'm one of the people they rejected - a single father, and a combat vet who deals with suicidal thoughts - simply because I let it known that I was a feminist. I received messages telling me to kill myself, that I deserved it for "protecting the global feminist conspiracy", and for being a "gender traitor". They rush at the chance to call any man who dare speak out against them a "mangina" or a "white-knight", as if speaking up against their vitriol is just an attempt at "getting into the pants of women" (they don't see how ironic it is to claim that women are sexist, while devaluing their fellows man's gender, and comparing us to robots unable to stop seeking women's approval)

Mark my words, these people are dangerous ideologues, only interested in their political agendas, and nothing more. While silencing them isn't the answer someone needs to catalog just how dangerous they have become. Much of what they argue could be found in Andre Breivk's manifesto, the one he wrote before going on a killing spree, or any mediocre right wing conservative pundits talk show.

5 ^ | ∨ • Reply • Share ›



**drunicusrex** → Kimberly Theidon • 2 years ago

Everyone, that is, excepting heterosexual men, because they are "in most cases" responsible for all of this rampant, epidemic, yet strangely invisible violence and exploitation.
I personally had no idea that the women of Harvard/Radcliffe live in a continual state of rape gang-induced terror, a la post-colonial Africa or Rome

after the fall. I had no.idea how terribly oppressed and violated large swathes of them are - I rather stupidly assumed that after four or five years of study & internships they go.off to assume their birthright at investment banks or consulting firms.

But after learning how hideously oppressed, terrorized, and violated these upper to upper middle class females all are, Im going to go to construction sites, shipyards, foundries, mines, military bases, or any "male-dominated" space to take up a collection for these poor dears. And also, to spread the word amoungst all of these savage, Neanderthal men to stop running around Harvard yard savagely raping, harassing, terrorizing, or "othering" every single Harvard/Radcliffe girl they possibly can.

3 ∧  |  ∨  • Reply • Share ›



**Kimberly Theidon** → drunicusrex • 2 years ago
You seem to think there is a class-based dimension to sexual violence — both those who commit the violence ( you imply they are working class males and thus your foray to shipyards, foundries, etc where you assume the men will share your disparaging attitude toward women ) , as well as those who report sexual violence (women who assume their "birthright," by which you imply there are wealthy, have a sense of class entitlement, etc). Why do you believe this is a class-based phenomenon? Why are you so quick to cast the problem in those terms? You are in error, regardless of your motivations. You do a grave injustice to the working class men and allegedly wealthy women you stereotype.

3 ∧  |  ∨  • Reply • Share ›



drunicusrex → Kimberly Theidon • 2 years ago
I fail to see how protecting the rights of the accused, or for supporting the wrongfully convicted, is in any way a "vitriolic" attack upon women - unless we are saying that large numbers of women make false rape accusations, or that they have that right. I am sorry, but I simply don't understand that. Why is asking for equal rights or equal justice so offensive to feminists? Why are they so enraged by the notion that men deserve equal rights as well, or that there are in fact women - not the majority, but a significant percentage - who will mis-use laws meant to.protect them to mistreat, often hideously, men? Why is it anathema for feminists to even entertain that idea?

And OF COURSE there are class and social dimensions to rape. Poor or working class females are FAR more vulnerabl to violence of all sorts than are the (mostly) highly privileged female undergrads at the Ivies.

Upper and middle class females are in fact SIGNIFICANTLY less likely to experience violence of any sort than are men, particularly working class men. One would, in fact, be very hard pressed to find ANY group, throughout human history, that'd LESS likely to experience violence than a 21st century

KT - 0003247

IvyLeague female undergrad. Men who are in prison are without question raped far more. Men of all social classes are FAR more likely to be the vick of

**see more**

7 ^ | ∨ • Reply • Share ›



**Kimberly Theidon** ↱ drunicusrex • 2 years ago
Re-read your earlier posting. You cast your argument in terms of elite women ("birthright") and working class men (foundries, factories, etc) as thought those were the class dynamics fueling sexual violence. I was questioning how your framed this antagonism.

2 ^ | ∨ • Reply • Share ›



**drunicusrex** ↱ Kimberly Theidon • 2 years ago
And I think you are willfully missing the point I am making, which is that working class men face far greater dangers, daily, than an Ivy League female faces in her lifetime. She'll also face less risk than her poorer sisters, but is extremely unlikely to have her life ruined (or ended) by a false rape accusation.
And please, tell me why it's "hateful" or a "vitriolic attack on women" to ask that men, even men accused of sexual assault, have the same presumption of innocence other criminal defendents have.
And why, given so many prominent instances of false allegations, are feminists so DEAD SET on the notion that they hardly ever occur? Why, given everything that the Innocence Project has done, is it "hateful" or "misogynistic" to say that this stuff happens?
Why (class differences or privilege or pricey educations aside, for just a minute) why oh why is it "hateful" or morally wrong to ask for justice, FOR EVERYONE?
Just please answer me that. Unless you're only interested in revenge, why can't BOTH men and women have justice?

5 ^ | ∨ • Reply • Share ›



**drunicusrex** ↱ drunicusrex • 2 years ago
I suppose we have to come to a conclusion both sad & ugly - the reason that feminists believe that false accusations rarely or never occur is because they believe, quite strongly, that all men are rapists.
Much as a racist believes all Jews are stingy or crooked, or that all Irish Americans are drunks, or that all African-American s are violent criminals, much of mainstream feminist thought sees men, all men (working class or WASP, white or black, really any heterosexual male) as a rapist, violent and bestial.
Sad but true. If you look at the words feminists use - "rape culture," "male

KT - 0003248

violence," "patriarchy," "sex as coercion," "gender based violence" - the
conclusion is ones in escapable.
Feminists do not believe false accusations exist, because only men are rapists,
and ALL men are rapists.

2 ∧ | ∨ • Reply • Share ›

 **Kimberly Theidon** → drunicusrex • 2 years ago
Can you please cite the feminists who allegedly state or have stated that "all
men are rapists"? If you move beyond a rant to citing the literature, your
totalizing statement is untenable.

2 ∧ | ∨ • Reply • Share ›

 **drunicusrex** → Kimberly Theidon • 2 years ago
Sure. Andrea Dworkin, Catherine MacKinnon, and you.
Your insistence that false accusations never happen is based on your belief
that all men are rapists. This is why you don't believe men should have civil
rights, if a rape accusation is involved. Dehumanizing and stigmatizing a
group, depicting them as less than human, makes it easier to perpetrate
injustices against them, which is basically feminism's Playbook.

3 ∧ | ∨ • Reply • Share ›

 **Kimberly Theidon** → drunicusrex • 2 years ago
I have published extensively on this and other issues. Please visit my Harvard
website, read my work, and find just one line --- just one --- in which I say "all
men are rapists." When you have completed that fruitless search, make a
point of reading further. You will see that I have worked with men who are
survivors of sexual violence, and for whom I have great compassion. You do
all men a disservice with your uninformed ranting on this and other websites.

3 ∧ | ∨ • Reply • Share ›

 **drunicusrex** → Kimberly Theidon • 2 years ago
So then, what are we to understand from your statements saying that false
accusations almost never occur, and that studies of masculinity necessarily
involve studies of violence? Or that

1 ∧ | ∨ • Reply • Share ›

 **drunicusrex** → drunicusrex • 2 years ago
Or that fraternities are practically rape clubs?
I admit to not having perused all your scholarly works, but I suspect that
finding any statement to the effect that not all men are rapists (nor are they
all violent, bestial, etc) would prove fruitless also.

1 ∧ | ∨ • Reply • Share ›

KT - 0003249

 **Kimberly Theidon** → drunicusrex • 2 years ago
No. That is why you should read texts prior to critiquing them.

2 ∧ | ∨ • Reply • Share ›

 drunicusrex → Kimberly Theidon • 2 years ago
OK, interesting work on Maoist guerillas in Peru, and the brutal counter-
insurgency fought by their government.
However, here in the United States we have a far stronger rule of law, one that
(in theory, if not always in practice) provides for some presumption of
innocence for the accused, and for the burden of proof to be placed on the
prosecution,not the defendant.
Why aren't men allowed that, if the accuser is a woman? If we throw our
notions of justice out because we don't always like the result, how are we any
better than a totalitarian state, or than an armed mob?
And why is it "hateful" or full of "vitriol" to ask these questions?
Why,again,can't men and women BOTH have justice?

1 ∧ | ∨ • Reply • Share ›

 **Gangtok** → drunicusrex • a year ago
I see you're backtracking from your previous libel, that the Professor stated
that false accusations never happen. Now you're saying that she states they
"almost" never happen. I guess it's a matter of semantics, isn't it, false rape
reports are about 2-8% of the population of complaints, the same as false
reports of other crimes. Now you're getting close to the truth.

∧ | ∨ • Reply • Share ›

 **Gangtok** → drunicusrex • a year ago
Hi, drunicus rex, you're publishing a lie here and that's not a good plan. I
challenge you to quote a statement from Professor Theidon which explicitly
states that false rape never occurs. Unless you can do so, you are a malicious
libeler.

∧ | ∨ • Reply • Share ›

 **glorrierose** → drunicusrex • 2 years ago
Wow. On what planet do you live on? You know diddly squat about feminism.

1 ∧ | ∨ • Reply • Share ›

 **pierceharlan** → Kimberly Theidon • a year ago
I have just now seen this comment. Thanks for the hate. If you can't prevail in
a debate, trot out the "white supremacist" tag.

It is unfortunate that you don't bother to deal with the substance of any of the
assertions we posit. You would do well to school yourself on these issues

before further engendering disrepute of genders studies professors. Here is a
good primer: http://www.cotwa.info/2012/06/...

2 ∧ | ∨ • Reply • Share ›



**Lel** → pierceharlan · 10 months ago

You sound like you have terrible game and/or no life. Also combative =\=
persuasive.

∧ | ∨ • Reply • Share ›



**pierceharlan** → Lel · 10 months ago

Your schoolboy shorthand is scarcely comprehensible. Is that what they teach
you at Harvard? To write like a doofus? It's like you're waving a flag, "This
one isn't worthy of debate."

Next.

2 ∧ | ∨ • Reply • Share ›



**politicalanalyst** → Kimberly Theidon · a year ago

True. Harlan is an intelligent man whose failing is narcissism. He brings his
hobbyhorse to discussions that have nothing to do with him over and over,
like a wind-up puppet. He has zero empathy for women, rape of women,
employment of women, Harvard's attempts to control sexual assault, or
anything else. He couldn't care less about the issue of this professor's
advocacy for Harvard women or the dire results for her. he has no connection
to Harvard at all. Speaking as a Harvard grad, I do believe Harvard is trying
to change its 400 years of discrimination against women.

∧ | ∨ • Reply • Share ›



**pierceharlan** → politicalanalyst · 10 months ago

I love you, too, politcalanalyst.

Maybe sometime you will actually read my blog instead of just making
assumptions? And perhaps -- dare I even think it? -- you might even do your
vaunted Harvard degree honor by, you know, pointing out even a single shred
of evidence to support your wild and conclusory musings?

I mean, it would be nice.

2 ∧ | ∨ • Reply • Share ›



**Erin '02** · 2 years ago

Nothing has changed at Harvard. It was the same when I was there. While I was not a victim, I had
friends who were. Nothing is done to change the culture and that is the biggest issue. Harvard
needs to work on the product they produce instead of just hiding behind a brand name.

Reply • Share ›

1 ⌃ | ⌄ • ⠀ •

 **politicalanalyst** · a year ago
As a Harvard grad interested in women's rights, I don't like seeing any thread brigaded by complete outsiders . Publicity-seeking repeat commenter Pierce Harlan has just posted a link to this thread on reddit.com/r/MensRights with the heading, "Dr. Theidon, stop blaming me for Harvard's decision to deny you tenure." I fail to see any express statement of Dr. Theidon's in that regard here, though he quotes a partial paragraph to imply that there is such a linkage.

I assume that will lead to another rash of commenters from MRA groups such as NWO Slave (a typical Men's Rights Activist - see other comments of his at http://wehuntedthemammoth.com/..., Evil Pundit, radio edit, zimbazumba, librtee_dot_com, and drunicus rex, plus I assume more who did not post under their usual handle. Harlan seems to be trying to get another brigade started. And all to talk about a tangential issue and incidentally derail discussion of the purpose of this article. Anyone who dares to talk about sexual assaults against women in colleges unfortunately is being targeted by these groups, who would much rather we shut up.

1 ⌃ | ⌄ • Reply • Share ›

    **Guest** ↱ politicalanalyst · 10 months ago
   You and your like-minded commentators would do well to actually respond to the substance of what I said instead of attempting to belittle me with your Harvard name-calling. My point is very narrow and is not some misogynistic, right-wing rant. It's Innocence Project stuff. This really is a tyranny of political correctness here. Your comment is almost as disgraceful as Kimberly's name-calling.

   1 ⌃ | ⌄ • Reply • Share ›

 **Guest** · 9 months ago
Instead of arguing about statistics and throwing hateful comments back and forth, maybe those who wonder how much rape is actually an issue would find some perspective by reading actual survivors' stories. They can put aside the debate for a moment and just read the experiences of people involved. That grounds the issue in actual experiences, actual situations, so that we avoid getting wrapped up in emotional debates over generalities. Listen to what actual victims say before you judge what must have happened.

The OSAPR puts out a publication called Saturday Night that shares victims' stories and reflections.

Also, maybe you'd like to check out this perspective– I think MRAs could really find common ground with feminists and survivors through seeing this as part of a greater gender issue, not just a "women's issue":

Jackson Katz, http://www.ted.com/talks/jacks...

Love, a fellow student

⌃ | ⌄ • Reply • Share ›

KT - 0003252

 **pierceharlan** → Guest · 9 months ago
First, I am not an "MRA." But your suggestion is good. The only thing you left out is that
feminists would do well to read the actual experiences of persons (men AND women) who've
been wrongly accused. Start with the Innocence Project site.

1 ∧   |   ∨   · Reply · Share ›

 **Guest** → pierceharlan · 9 months ago
Please read this OB/GYN's thoughts:

http://drjengunter.wordpress.c...

Did you read Jackson Katz's talk? Thoughts?

∧   |   ∨   · Reply · Share ›

 **Guest** → pierceharlan · 9 months ago
Also, speaking of specific examples, let's look at False Rape Society's post
(http://falserapesociety.blogsp... about this PSA on youtube (



. Do you think what the guy does in the video, unbuttoning the girl's shirt and telling
her to stay quiet without wondering whether she wants it or not, is okay? As in, put
aside for the moment whether you think this is a typical case or not– just answer, do

see more

∧   |   ∨   · Reply · Share ›

 **pierceharlan** → Guest · 8 months ago
Wait, wait, wait. I write Community of the Wrongly Accused, one of the only
blogs in America devoted to the wrongly accused. That doesn't mean I don't
think rape is a serious problem or that women routinely "lie" about rape.

I write this as one of about 100 people in America who voted for the Ferraro-
Mondale ticket because I thought it would be cool to have a woman as vice

KT - 0003253

president, and as someone who is to the left of President Obama (which isn't difficult) on a host of issues. At my Web site, we go to great lengths to make clear our profound concern for rape victims and our strong belief that every rape claim must be taken seriously and never prejudged. Fighting the evils of both rape and of wrongful rape claims is not, and should never be, a zero sum game, and there is no necessity to trivialize the victimization caused by one in advocating for the victims of the other.

Listen to what I am going to tell you: for many men and boys, our site is among the few outlets available to let them know they are not alone. We have received notes from young men who tell us that our blog was instrumental in their decisions not to take their own lives. Shocking? The first time I got one, I

**see more**

2 ∧  |  ∨  •  Reply  •  Share ›


**Guest** ➜ pierceharlan  •  8 months ago
Wrongful conviction is terrible, and I support people working against wrongful conviction. Nonetheless, I don't see how you can defend that you also seem to be responsible for the False Rape Society blog I referenced earlier. If you truly are concerned about rape victims as well, how can you write or support posts like that?

∧  |  ∨  •  Reply  •  Share ›


**pierceharlan** ➜ Guest  •  8 months ago
I am not even sure what you were asking me. My record in support of rape victims is solid. I have supported bystander intervention (I do not support Jackson Katz, who once penned a carnival curiosity of a piece advocating that we stop referring to Nafissatou Diallo, who accused Dominique Strauss-Kahn, of rape, as exactly what she was, DSK's "accuser." Katz declared: "Every time someone calls her an 'accuser' they undermine her credibility and bolster his." Katz's rationale for this fantastic epiphany was nothing more than a cavalcade of worn out, politicized incantations, proving once more that it is possible to say nothing with words. Katz's solution to the "problem" he manufactured from whole cloth? "It's simple: refer to the complaining witness in a rape case as 'the victim.'")

I am sorry that you are offended when someone points out that false rape claims are a social pathology. Pretending to care and caring are two different things.

1 ∧  |  ∨  •  Reply  •  Share ›


**Shelagh Stephen**  •  a year ago

KT - 0003254

I refer you to the appalling pseudo-science of Susan A. Clancy in The Trauma Myth: The Truth About the Sexual Abuse of Children—and its Aftermath. This is what you can expect from Harvard.

⌃ | ⌄ • Reply • Share ›



**ANONANON** · 2 years ago

MODERATORS, PLEASE DELETE MY DANA MOUS POST ASAP!!!!

⌃ | ⌄ • Reply • Share ›



**AnonAnon** · 2 years ago

typo - meant "why go to the ON CAMPUS police only?"

⌃ | ⌄ • Reply • Share ›

**ALSO ON THE HARVARD CRIMSON**

**The First Rule of Final Club | Opinion**
5 comments

**The Social Justice Warrior | Opinion** 4 comments

**Visiting Lecturer Examines Human Evolution 70,000 Years …** 2 comments

**In Beijing, Faust Talks Climate Change with Chinese …** 20 comments

**AROUND THE WEB**                    **WHAT'S THIS?**

**What If Your Internet Was 50 Times Faster? It's Coming** Hewlett-Packard

**#1 Worst Exercise That Ages You Faster**
MAX Workouts

**(Photos) 45 Before-and-After Flea Market Finds**
DIY Network

**Looking For A Dog? Avoid These 15 Breeds**
Dog Notebook

 Subscribe       Add Disqus to your site      ⊳ Privacy

KT - 0003255