# Exhibit 73

to Statement of Material Undisputed Facts

LATIN AMERICAN WORKING GROUP

**Dr. Kimberly Theidon**
Department of Anthropology

COURSES | RESEARCH | PUBLICATIONS



### Books

Entre Prójimos: El conflicto armado interno y la política de la reconciliación en el Perú. Instituto de Estudios Peruanos: Lima, Perú, 2004. *Awarded the 2006 Premio Iberoamericano Book Award Honorable Mention from the Latin American Studies Association for outstanding book in Spanish or Portuguese in the social sciences.*

*Intimate Enemies: Violence and Reconciliation in Peru*, Studies in Human Rights, University of Pennsylvania Press.

How Difficult It Is to Be God: Shining Path's Politics of War in Peru, 1980-1999

### Journal Articles

"La teta asustada: una teoria sobre la violencia de la memoria." Ideele: Revista del Instituto de Defensa Legal, No, 191, April 2009. | *read article* |

"Reconstructing Masculinities: The Disarmament, Demobilization and Reintegration of Former Combatants in Colombia." Human Rights Quarterly. | *pdf* |

"Gender in Transition: Common Sense, Women and War." Journal of Human Rights, Vol. 6(4): 453-478, 2007. | *pdf* |

"Transitional Subjects? The Disarmament, Demobilization and Reintegration of Former Combatants in Colombia." International Journal of Transitional Justice, Volume 1, No. 1: 66-90, 2007. | *pdf* |

"Truth With Consequences: The Politics of Reparations in Post-Truth Commission Peru." With Lisa J. Laplante. Human Rights Quarterly, 29(1): 228-250, 2007. Reprinted in Antípoda: Revista de Antropología y Arqueología de la Universidad de los Andes, No. 4: 119-147, enero-junio 2007.

"Transitional Justice in Times of Conflict: Colombia's Ley de Justicia y Paz." With Lisa J. Laplante. Michigan Journal of International Law, Vol. 28(1):49-108, 2006.

"Transiciones Conflictivas: Combatientes Desmovilizados en Colombia." With Paola Andrea Betancourt. Análisis Político, Número 58: 92-111, Setiembre-Diciembre 2006.

"Género en Transición: Sentido Común, Mujeres y Guerra." Revista Cuadernos de Antropologia Social de la Facultad de Filosofía y Letras, Universidad de Buenos Aires, Número 24, 2006. | *pdf* |

- Reprinted in *Revista Memoria*, Instituto de Democracia y Derechos Humanos, Pontificia Universidad Católica del Perú, Número 1, 2007.

Kimberly Theidon
John L. Loeb Associate Professor of the Social Sciences
Department of Anthropology
Harvard University
William James Hall 406
33 Kirkland Street
Cambridge, MA 02138

T | 617 495-3805
F | 617 496-8355

e-mail

www.kimberlytheidon.com

Curriculum Vitae

Publications Highlights:









- Expanded version published in *Análisis Político*, Instituto de Estudios Políticos y Relaciones Internacionales, Universidad de los Andes, Número 60: 3-30, Mayo-Agosto, 2007.

- Expanded version published in *La reconciliación en el Perú: condiciones y desafíos*, Cecilia Tovar, ed. Lima: Instituto Bartolomé de las Casas, 2007.

"The Mask and the Mirror: Facing Up to the Past in Peru." *Anthropologica: Journal of the Canadian Anthropology Society*, special issue on War and Peace: Anthropological Perspectives, 48(1): 87-100, 2006. | *pdf* |



"Sujetos Transicionales: Combatientes Desmovilizados en Colombia." With Paola Andrea Betancourt. *Ideele: Revista del Instituto de Defensa Legal*, two-part article, No. 176: 101-105, May 2006, and No. 177, June, 2006.

"Justice in Transition: The Micropolitics of Reconciliation in Post-War Peru." *Journal of Conflict Resolution*, Vol. 50 (3): 433-457, 2006. | *pdf* |

"Disarming the Subject: Remembering War and Imagining Citizenship in Peru." *Cultural Critique*, No. 54. 67-87, 2003. | *pdf* |



"La Micropolítica de la Reconciliación: Practicando la Justicia en Comunidades Rurales Ayacuchanas." *Revista Allpanchis*, special issue on Justicia Comunitaria en los Andes, vol. 60:113-142, 2003.

"Memoria, Historia y Reconciliación." *Ideele: Revista del Instituto de Defensa Legal*, No. 133:58-63, November, 2003.

"Entre Prójimos: Violencia y Reconciliación en el Perú. *Ideele: Revista del Instituto de Defensa Legal*, September, No. 157:91-96, 2003.



"Uchuraccay: La Política de la Muerte en el Perú." With Enver Quinteros Peralta. *Ideele: Revista del Instituto de Defensa Legal*, No. 152:27-31, February, 2003. | *pdf* |

"Género y Justicia." *Ideele: Revista del Instituto de Defensa Legal*, No. 145:16-23, March, 2002.

"Terror's Talk: Fieldwork and War." *Dialectical Anthropology* 26(1):19-35, 2001. | *pdf* |

"Practicando la Paz en Colombia." *Ideele: Revista del Instituto de Defensa Legal*, No. 141:81-84, October, 2001.

"'El Chino ya murió, Ayacucho lo mató': Crónica de una muerte no anunciada." With Ponciano Del Pino. *Ideele: Revista del Instituto de Defensa Legal*, No. 127:49-53, May, 2000.

"Domesticando la Violencia: Alcohol y las Secuelas de la Guerra". *Ideele: Revista del Instituto de Defensa Legal*, No.120:56-63, July, 1999.

"La Política de la Identidad: Narrativas de Guerra y la Construcción de la Ciudadanía en Ayacucho." With Ponciano Del Pino. In *Actores Sociales y Ciudadanía en Ayacucho*. Lima: GIIDA and Servicios de Educación Rural (SER), February, 1999.

"The Role of Case Management in Substance Abuse Treatment Services for Women and Their Children." With Claire Brindis. *Journal of Psychoactive Drugs* 29(1), January-March:79-88, 1997.

"Taking a Hit: Pregnant Drug Users and Violence." *Contemporary Drug Problems* 22(4):663-686, 1995.

Book Chapters

"Commissioning Truth, Constructing Silences: The Peruvian TRC and the Other Truths of 'Terrorists'." With Lisa. J. Laplante. In *Mirrors of Justice*, Kamari Maxine Clarke and Mark Goodale, eds. Cambridge: Cambridge University Press, 2010.

"Histories of Innocence: Post-War Stories in Peru." In *Beyond the Toolkit: Rethinking the Paradigm of Transitional Justice*, Rosalind Shaw, Lars Waldorf and Pierre Hazan, eds. Stanford: Stanford University Press, Studies in Human Rights, forthcoming.

"Hablar en el Terror: Trabajo de campo en medio del conflicto armado." In

Investigación y Desplazamiento Forzado: Reflexiones Eticas y Metodológicas, Martha Nubia Bello, ed. Bogotá: Colciencias, 2006. *Reprinted in Anuario de Estudios en Antropología Social 2005, Centro de Antropología Social-IDES, Buenos Aires: Editorial Antropofagia, 2006.*

"Los Encapuchados: Encarándose con el pasado en el Perú. In Subjetividad y Figuras de la Memoria, Elizabeth Jelin and Susana J. Kaufman, eds. Siglo XXI, 2006.

"Intimate Enemies: Reconciling the Present in Post-war Peru." In After Mass Crimes: Rebuilding States and Communities, Simon Chesterman, Béatrice Pouligny and Albrecht Schnabel, eds. United Nations University Press, 2006. | pdf |

"Toward a Social Psychology of Reconciliation." In The Psychology of Resolving Global Conflicts: From War to Peace, Mari Fitzduff and Chris E. Stout, eds. Westport, CT: Praeger Press, 2006.

"Desarmando el Sujeto: Recordando la Guerra e Imaginando la Ciudadanía en Ayacucho, Perú". In Violencia y estrategias colectivas en la Región Andina, Gonzálo Sanchez and Eric Lair, eds., pp. 178-199. Instituto Frances de Estudios Políticos, Bogotá:Colombia and Editorial Norma, Mexico City: Mexico, 2004.

"'How we learned to kill our brother': Memory, Morality and Reconciliation in Peru." In Buletin de L'Institut Français des Études Andines, No. 3 (29):539-554, Gonzálo Sanchez and Eric Lair, eds. Bogota: Colombia, 2001.

"'Así es Como Vive Gente': Procesos Deslocalizados y Culturas Emergentes." With Ponciano Del Pino. In Cultura y Globalización, Carlos Ivan Degregori and Gonzalo Portocarrero, eds. Lima: Red para el Desarrollo de las Ciencias Sociales en el Perú, 1999.

Invited Book Reviews

Law in a Lawless Land: Diary of a Limpieza in Colombia, Michael Taussig. Chicago: University of Chicago Press, 2005. Invited Review, Journal of Anthropological Research, Vol. 63: 146-147, 2007.

Other Publications

"Claiming Citizenship: Collective Reparations in Post-TRC Peru." With Lisa J. Laplante. Anthropology News, 49(1): 36, January 2008.

"Transitional Subjects? Paramilitary Demobilization in Colombia." Anthropology News, Vol. 47(8): 23-24, 2006.

"Transitional Subjects? Paramilitary Demobilization in Colombia." Centerpiece: Newsletter of the Weatherhead Center for International Affairs, Vol. 20(2): 8-11, 2006.

"Los Desmovilizados: Una Transición Conflictiva." With Paola Andrea Betancourt. Hechos de Callejón, Editorial del Nuevo Coordinador Residente de la ONU en Colombia, United Nations Development Program, May, Number 13, 2006.

"Secuelas de la violencia: Violencia política y salud mental en Ayacucho." Un paso hacia la verdad: Memoria de la CVR Ayacucho. Comisión de la Verdad y Reconciliación Región Sur Centro, Ayacucho, Perú, 2003.

"Ecuaciones Coloniales y la Reconciliación Nacional." La República, October 17, 2002."Ecuaciones Coloniales." La Calle, two-part editorial, Saturday October 12 and Monday October 14, 2002.

"US Policy: Bordering on Chaos in the Andes." Anthropology News, 43(4), May, 2002.

"Stories of Valor: Gender and Citizenship in Ayacucho, Peru," www.mamacoca.org, Colombia, 2002.

"Practicando la Paz, Viviendo con la Guerra: Un Viaje Río Arriba en Colombia." www.mamacoca.org, Colombia, 2002.

"Practicing Peace, Living with War: Going Upriver in Colombia." Institute on Violence, Culture and Survival, Virginia Foundation for the Humanities, www.violenceandsurvival.com, 2002.

"Practicing Peace, Living with War: Going Upriver in Colombia." Center for International Policy, Washington, D.C.,

www.ciponline.org/colombia/01103001.htm, 2002. |pdf|

"Practicing Peace in Colombia." Anthropology News, 43(9), December, 2001.

"Ground Zero for US Policy?" with Kathleen Dill. Anthropology News, 32(8): 3, 2001.

"Building Peace in Colombia." Women Donor's Network Reader, Fall, 2001.

"Terror at Home." San Jose Mercury News, Letter to the Editor, September 13, 2001.

"Alabama, 1963 and 2001." New York Times, Letter to the Editor, April 18, 2001.

"Disarming Subjects: Gender and War." Americas and Latinas, Center for Latin American Studies, Stanford University, 38-43, 2000.

"Why Fujimori is so Hard to Beat." With Ponciano Del Pino. Los Angeles Times, Sunday Editorial Section, May 21, 2000.