UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIMBERLY THEIDON,

    Plaintiff,

    v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE, et. al.

    Defendants.

CIVIL ACTION NO. 1:15-cv-10809-LTS

**PLAINTIFF'S MOTION TO AMEND OR ALTER THIS COURT'S ORDER ON SUMMARY JUDGMENT IN LIGHT OF NEW EVIDENCE OR IN THE ALTERNATIVE TO REOPEN DISCOVERY ON A LIMITED BASIS FOR THE <u>INVESTIGATION OF NEW EVIDENCE</u>**

Plaintiff Kimberly Theidon respectfully moves this Court, pursuant to Federal Rules of Civil Procedure Rule 59(e), to alter or amend its Order on Harvard's Motion for Summary Judgment and to reopen discovery on a limited basis, or to reopen discovery on a limited basis and stay appeal of this Court's Order pending presentation of any new evidence obtained.

**<u>Plaintiff's Motion is supported by her memorandum of points and authorities and exhibits filed under seal with the Court pursuant to the protective order entered in this case, Docket Entry #78.</u>**

    **WHEREFORE**, Plaintiff respectfully requests the Court grant her Motion.

Date: March 28, 2018

                                                              Respectfully submited,

                                                              GORDON LAW GROUP, LLP

                                                             */s/ Philip J. Gordon*
                                                             Philip J. Gordon
                                                            Mass. Bar No. 630989
                                                           Elizabeth A. Rodgers

Mass. Bar No. 424360
585 Boylston Street
Boston, MA 02116
Tel: 617-536-1800
Fax: 617-536-1802
pgordon@gordonllp.com
erodgers@gordonllp.com

CORREIA & PUTH, PLLC

  */s/ Lauren A. Khouri*
Linda M. Correia
Mass. Bar No. 558810
Lauren A. Khouri (*pro hac vice*)
1775 K Street, NW, Suite 600
Washington, D.C. 20006
Tel: 202-602-6500
Fax: 202- 602-6501
lcorreia@correiaputh.com
lkhouri@correiaputh.com

*Counsel for Plaintiff Theidon*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

On March 28, 2018, counsel for Plaintiff and Defendant corresponded regarding Plaintiff's Motion.  A more thorough accounting of Plaintiff and Defendant's position is captured in Plaintiff's under seal filings.

*/s/ Lauren A. Khouri*
Lauren A. Khouri

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed via CM/ECF, which will send electronic notification of the filing to all counsel of record.  The documents filed under seal with the Court will be sent by email to Defendant's counsel on this 28th day of March 2018.

*/s/ Lauren A. Khouri*
Lauren A. Khouri